| | |
|---|---|
| COUNTY COURT, JEFFERSON, COLORADO<br>Court Address: 100 Jefferson County, Pkwy<br>            Golden, Colorado 80419<br><br><br>Plaintiff    Jefferson County,<br>             Board of County Commissions<br><br>v.<br><br>Defendant    Reed McDonald (aka) The Vine Ranch Farm | **^COURT USE ONLY^**<br><br>District Court<br>Case Number:<br><br>Division:<br><br>Courtroom: |
| *Attorney for Defendant:*<br>Reed McDonald    Pro se<br>5856 S. Lowell Blvd<br>UPS/Ste 163<br>Littleton, Colorado 80123<br>Phone Number:  720-272-8598<br>Email: kirkmcdonald56@gmail.com | |
| **NOTICE OF REMOVAL OF STATE CASE** | |

To the Court; see enclosed notice of removal of the unidentified case.