<table>
<tr><td>
COUNTY COURT, JEFFERSON COUNTY<br>
COLORADO<br>
100 Jefferson County Parkway<br>
Golden, Colorado 80401<br>
<br>
<br>
**Plaintiff:** THE BOARD OF COUNTY<br>
COMMISSIONERS OF THE COUNTY OF<br>
JEFFERSON, STATE OF COLORADO, a body<br>
politic and corporate<br>
<br>
v.<br>
<br>
**Defendant:** KIRK MCDONALD
</td><td></td></tr>
</table>

| COUNTY COURT, JEFFERSON COUNTY COLORADO 100 Jefferson County Parkway Golden, Colorado 80401 | |
| --- | --- |
| **Plaintiff:** THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO, a body politic and corporate <br><br> v. <br><br> **Defendant:** KIRK MCDONALD | ▲ **COURT USE ONLY** ▲ |
| **Attorneys For: Plaintiff** <br> JEFFERSON COUNTY ATTORNEY'S OFFICE <br> Jason W. Soronson, #50078 <br> Assistant County Attorney <br> 100 Jefferson County Parkway, #5500 <br> Golden, Colorado 80419-5500 <br> Phone: (303) 271-8900; Fax: (303) 271-8901 <br> Email: jsoronso@jeffco.us | Case Number: <br><br> Div.:  H      Ctrm.: |
| **SUMMONS** | |

To the above-named Defendant:  Take notice that:

     1.    On **February 14, 2022, at 11:00 o'clock a.m.**, in the Jefferson County Court, Golden, Colorado, if an Answer is not filed, the Court may be asked to enter judgment against you as set forth in the Complaint.

     2.    A copy of the Complaint against you and an Answer form which you must use if you file an Answer are attached.

     3.    If you do not agree with the Complaint, then you must either:

          a.    Go to the Court, located at 100 Jefferson County Parkway, Golden, Colorado, at the above date and time and file the Answer stating any legal reason you have why judgment should not be entered against you, or

          b.    File the Answer with the Court before that date and time.

4.      When you file your Answer, you must pay a filing fee to the Clerk of the Court.

5.      If you file an Answer, you must hand deliver or mail a copy to the Plaintiff(s) or the attorney who signed the Complaint.

6.      If you do not file an Answer, then the Court may enter a default judgment against you for the relief requested in the Complaint.

7.      If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

8.      If you want to file an Answer or request a jury trial and you are indigent, you must appear at the above date and time, fill out a financial affidavit, and ask the Court to waive the fee.

Dated this 27th day of October, 2021.

JEFFERSON COUNTY ATTORNEY'S OFFICE

*/s/ Jason W. Soronson*

By:_____
          Jason W. Soronson, #50078
          Assistant County Attorney

Address of Plaintiff:
100 Jefferson County Parkway, #5500
Golden, Colorado 80419-5500
(303) 271-8900

This Summons is issued pursuant to Rule 303, Rules of County Court Civil Procedure, as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

To the clerk: If this Summons is issued by the Clerk of the Court, the signature block for the clerk, deputy and the seal of the court should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.

| | |
|---|---|
| COUNTY COURT, JEFFERSON COUNTY COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado 80401 | |
| **Plaintiff:** THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO, a body politic and corporate<br><br>v.<br><br>**Defendant:** KIRK MCDONALD | |
| **Attorneys for: Plaintiff**<br>JEFFERSON COUNTY ATTORNEY'S OFFICE<br>Jason W. Soronson, #50078<br>Assistant County Attorney<br>100 Jefferson County Parkway, #5500<br>Golden, Colorado 80419-5500<br>Phone: (303) 271-8900; Fax: (303) 271-8901<br>Email: jsoronso@jeffco.us | ▲ COURT USE ONLY ▲<br><br>———————————————<br><br>Case Number:<br><br>Div.:  H    Ctrm.: |

| |
|---|
| **VERIFIED COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE** |

Plaintiff, the Board of County Commissioners of the County of Jefferson, State of Colorado, through counsel, the Jefferson County Attorney, under § 30-28-124.5, C.R.S., complains as follows:

1. Defendant owns and/or uses land located at 14309 Elk Mountain Trail, Littleton, CO 80127 (the "Property"), located in Jefferson County, Colorado.

2. On October 15, 2019, Defendant submitted an application for an Administrative Exception ("AE") for "several greenhouses and other approved uses of my A2 agricultural property." *See* **Exhibit 1**, AE Application.

3. On July 28, 2020, AE 19-125819AE (see **Exhibit 2**) was approved subject to a number of conditions which include:

    a. A Miscellaneous Permit for each high tunnel greenhouse, RV, and storage container must be obtained with three months, or before October 28, 2020.

b. Building Permits for each walipini must be obtained within three months, or before October 28, 2020.

c. The RV may not be used for overnight accommodations/living quarters and no other form of camping is allowed on the Property.

d. The proposed structures shall be located in conformance with the site plan in file labeled "Exhibit A" and an improvement location certificate ("ILC") shall be submitted showing the locations of the structures within 6 months of the permits being issued.

e. This Administrative Exception will expire on July 28, 2021, and any extension requests must be received by Planning & Zoning at least 30 days prior to this deadline, if necessary.

f. Within 60 days all miscellaneous junk, trash, and debris shall be removed from the Property and an inspection from Jefferson County Zoning Enforcement schedule to confirm.

g. The performance standards described in Section 16.B.1. of the Zoning Resolution must be met during this project.

4.      Pursuant to Section 10.C.6 of the Jefferson County Zoning Resolution ("JCZR") The AE has been revoked per Section 10.C.6. of the Jefferson County Zoning Resolution ("JCZR") as the conditions of approval have not been satisfied. Specifically, the following conditions have not been met:

a. Miscellaneous Permits for the RV and storage container were not obtained by October 28, 2020;

b. An ILC was not submitted within 6 months of the permit being issued for the greenhouses;

c. An extension of the AE was not requested 30 days prior to the July 28, 20201 expiration date;

d. All miscellaneous junk trash, and debris was not removed from the Property and an inspection was not scheduled; and

e. Performance standards as described in Section 16.B.1. of the JCZR are not being met.

5.      Additionally, unlicensed and/or inoperable vehicles are being stored on the Property, storage of building materials and vehicles is not a permitted use within the zone

district, and structures placed on the Property do not have the appropriate approvals and/or permits.

6.      As such the conditions described above violate Sections 2, 10, 16, 19 and 33 of the JCZR, which was enacted and adopted by the County.

4.      A Jefferson County Zoning Inspector gave written notice to Defendant to correct the violation within ten days. Defendant did not correct the violation within the ten-day period.

5.      C.R.S. § 30-28-124.5(1) allows the Court to impose a civil penalty of not less than $500.00 nor more than $1,000.00. Additionally, C.R.S. § 30-28-124.5 allows the Court to impose continuing penalties for each day after the issuance of the initial order of the Court during which such unlawful activity continues in an amount not to exceed $100.00 per day.

6.      Venue is proper pursuant to C.R.C.P. 398(a) and (c)(1).

7.      The County is a body politic and corporate under the laws of the State of Colorado, empowered to sue and be sued.

**WHEREFORE**, Plaintiff requests that the Court impose a civil penalty on Defendant in the amount of not less than $500.00 nor more than $1,000.00 pursuant to C.R.S. § 30-28-124.5, as well as a continuing penalty in the amount of $100.00 for each day after the Court's imposition of the initial civil penalty for which the violations continue. Plaintiff also requests that the Court make the civil penalty immediately payable to the Jefferson County Treasurer.

WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.

Note: All Plaintiffs filing this complaint must sign unless the complaint is signed by an attorney.

Dated this 27th day of October, 2021.

JEFFERSON COUNTY ATTORNEY'S OFFICE

*/s/ Jason W. Soronson*

By:_____

Jason W. Soronson, #50078
Assistant County Attorney

**VERIFICATION**

STATE OF COLORADO
COUNTY OF JEFFERSON

I have read the foregoing Verified Complaint Under Simplified Civil Procedure and, to the best of my information and belief, the contents are true.

Jeremy Cohen
Zoning Inspector Supervisor
Planning & Zoning Division

Subscribed and sworn to before me this 14th day of October, 2021 by Jeremy Cohen.

SYLVIA SMYTH
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20154037359
MY COMMISSION EXPIRES SEP 21, 2023

Notary's official signature

9/21/2023
Commission expiration date

Property address: 14309 Elk Mountain Trail, Littleton, CO 80127