IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00389-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON,
STATE OF COLORADO, a body politic and corporate,

    Plaintiff,

v.

KIRK MCDONALD,

    Defendant.

---

### ORDER TO CURE DEFICIENCIES

On February 10, 2022, Litigant Reed McDonald filed a *Notice of Removal Pursuant to 28 U.S.C. §1331; §1367; §1441 and § 1446* (ECF Nos. 1)[1] and an *Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)* (ECF No. 2).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined the filings are deficient as described in this order.  Plaintiff will be directed to cure the following if wishes to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order.

---

[1] "(ECF No. _)" is the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic filing system (CM/ECF).  The Court uses this convention throughout this order.

1

First, "there is a presumption against removal jurisdiction." *Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995). "Under 28 U.S.C. § 1441 a defendant in state court may remove the case to federal court when a federal court would have had jurisdiction if the case had been filed there originally." *Topeka Housing Authority v. Johnson*, 404 F.3d 1245, 1247 (10th Cir. 2005). "The removing party has the burden to demonstrate the appropriateness of removal from state to federal court." *Baby C v. Price*, 138 F. App'x 81, 83 (10th Cir. 2005). It is unclear whether Litigant Reed McDonald is the defendant, Kirk McDonald, named in the Jefferson County Complaint. (*Compare* ECF No. 1 *with* ECF No. 1-2). If Litigant Reed McDonald is not a defendant to the state court action, he cannot remove the case to this Court.

Moreover, Litigant Reed McDonald's filings are deficient for the following reasons:

**Application to proceed in district court without prepaying fees or costs**:
(1) __       is not submitted
(2) __       is missing affidavit
(3) __       is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __       is missing certificate showing current balance in prison account
(5) __       is missing required financial information
(6) __       is missing authorization to calculate and disburse filing fee payments
(7) __       is missing an original signature
(8) X        is not on proper form: if Plaintiff does not pay the $402.00 filing fee, Plaintiff must complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (**Long Form**)
(9) __       names in caption do not match names in caption of complaint, petition or habeas application
(10) X       is missing a signature
(11) X       other: Application is necessary only if filing and administrative fees totaling $402.00 are not paid in advance

**Complaint, Petition or Application**:
(11) __      is not submitted
(12) __      is not on proper form
(13) __      is missing an original signature by the prisoner

2

(14) __	is missing page nos.
(15) __	uses et al. instead of listing all parties in caption
(16) __	names in caption do not match names in text
(17) __	addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) _X_	is missing a signature

Mr. Reed is informed that he may choose to contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.  The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver CO 80294.

Accordingly, it is

ORDERED that Litigant Reed McDonald must cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers filed in response to this order must be labeled with the civil action number identified on this order.  It is

FURTHER ORDERED that Litigant Reed McDonald shall obtain and utilize the current Court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which is available with the applicable instructions at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Litigant Reed McDonald fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.  It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2) is DENIED WITHOUT PREJUDICE as on the incorrect form.

Dated February 14, 2022.

BY THE COURT:

_s/ Gordon P. Gallagher_____
United States Magistrate Judge