IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-389-GPG

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO;

Plaintiff,

v.

KIRK MCDONALD;

Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Jason Soronson, Assistant County Attorney with the Jefferson County Attorney's Office and a member in good standing of the bar of this court, hereby enters his appearance on behalf of Plaintiff Board of County Commissioners of the County of Jefferson, State of Colorado.

Dated: February 14, 2022.               JEFFERSON COUNTY ATTORNEY'S OFFICE

                                        By: */s/ Jason Soronson*
                                        Jason Soronson, #50078
                                        Assistant County Attorney
                                        100 Jefferson County Parkway, Suite 5500
                                        Golden, Colorado 80419
                                        Telephone: 303.271.8932
                                        Facsimile: 303.271.8901
                                        jsoronso@jeffco.us
                                        *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2022, I filed the foregoing NOTICE OF ENTRY OF APPEARANCE via CM/ECF and served a true and correct copy via U.S. Mail, postage prepaid, upon the following:

Kirk McDonald
5856 South Lowell Boulevard
UPS/Suite 163
Littleton, CO 80123
*Defendant, pro se*

                                               */s/ Briana McCarten*