IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00389-GPG

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO, a body politic and corporate,

    Plaintiff,

v.

KIRK MCDONALD,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Defendant's *Motion for Writ of Prohibition* (ECF No. 8) is STRICKEN, as Defendant has failed to comply with D.C.COLO.LCivR 5.1(a).

Dated:   February 16, 2022