FILED  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  
*2:35 pm, Feb 17, 2022*  
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLORADO

Action No.   22-389

Colorado, Jefferson County  
Board of County Commissions

       Plaintiff,

v.

Reed McDonald  
(aka) The Vine Ranch Farm

       Defendant

_____

**UPDATE AND NOTICE**

_____

Reed K. McDonald  
Pro se Counsel of Record  
5856 S. Lowell Blvd.  
UPS/Ste 163  
Littleton, Colorado 80123  
720-589-3160  
kirkmcdonald56@gmail.com

Reed McDonald as *pro se* Petitioner files this update to the Court:

To the Court on February 17, 2022, Jefferson County, Colorado conceded that Colorado state-case 2022c30481 was removed to federal court on 02-10-2022. See state filing from Jefferson County in State-court.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served upon the following parties on the 17th day of February 2022 via email.

Jason W. Soronson County Attorney Jefferson County Coloradojsoronso@jeffco.us