FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*2:34 pm, Feb 17, 2022*
JEFFREY P. COLWELL, CLERK

| | |
|---|---|
| COUNTY COURT, JEFFERSON COUNTY COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado 80401 | |
| **Plaintiff:** THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO, a body politic and corporate<br><br>v.<br><br>**Defendant:** KIRK MCDONALD | ▲ **COURT USE ONLY** ▲<br>_____ |
| ATTORNEYS FOR: PLAINTIFF<br>JEFFERSON COUNTY ATTORNEY'S OFFICE<br>Jason W. Soronson, #50078<br>Assistant County Attorney<br>100 Jefferson County Parkway, #5500<br>Golden, Colorado 80419-5500<br>Phone: (303) 271-8900; Fax: (303) 271-8901<br>Email: jsoronso@jeffco.us | Case Number: 2022C30481<br><br>Div.: H      Ctrm.: |
| **NOTICE OF FILING OF NOTICE OF REMOVAL** | |

     Plaintiff Board of County Commissioners of the County of Jefferson (the "County"), by and through the Jefferson County Attorney and Assistant County Attorney Jason W. Soronson hereby submits the following Notice of Filing of Notice of Removal, and as grounds therefore state as follows:

     1.    While Defendant has not filed such notice with this Court, Defendant has filed a Notice of Removal to the United States District Court for the District of Colorado pursuant to that court's federal question jurisdiction, as set forth in the attached Notice of Removal.

     2.    Pursuant to 28 U.S.C. § 1446(d), upon filing a copy of the attached Notice of Removal with the Clerk of this Court, removal of this action is effectuated to the United States District Court for the District of Colorado and this Court shall proceed no further unless and until the case is remanded.

     Dated this 16th day of February, 2022.

JEFFERSON COUNTY ATTORNEY'S OFFICE

By: */s/ Jason W. Soronson*
_____
Jason W. Soronson, #50078
Assistant County Attorney

**CERTIFICATE OF MAILING**

I hereby certify that on this 16th day of February, 2022, a true and correct copy of the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** was filed and served via CCE addressed to the following:

Kirk McDonald
5856 S. Lowell Blvd
UPS / Ste 163
Littleton, CO  80123

*/s/ Teri Garrod*
_____
Teri Garrod, Paralegal