

100 Jefferson County Pkwy, Golden CO 80419-3540
303-271-8260 - buildingsafety@jeffco.us
www.jeffco.us/building-safety

# ** NOTICE **

## Permit Information Packet

This packet contains information vital to the completion of this construction project.  It is extremely important that you review all the included material.

Failure to read and understand the information contained in this packet may result in costly delays in the construction of this project and a hold on the Final Building Inspection and/or the Certificate of Occupancy.

01/01/2019

Exhibit 3



100 Jefferson County Pkwy, Golden CO 80419-3540
303-271-8260 - buildingsafety@jeffco.us
www.jeffco.us/building-safety

# INSULATION CERTIFICATION

ADDRESS _____

BUILDING PERMIT NO. _____

**2018 IECC Path**: ☐ Prescriptive │ ☐ U Factor Alt. │ ☐ Performance │ ☐ ERI │ ☐ Designed Sys.

| Installed | Value | Location | Type of Material |
|---|---|---|---|
| R - |  | Ceiling |  |
| R - |  | Exterior Wall |  |
| R - |  | Exterior Basement Walls |  |
| R - |  | Floors |  |
| R - |  | Crawl Space |  |
| R - |  | Mass Wall |  |
| U - |  | **Fenestration** (Average Value) |  |

**Check Box if compliant with ResCheck** ☐

**Check Box if compliant with ComCheck** ☐

**IF ERI is used, provide full rating document with this sheet.**

STATEMENT OF COMPLIANCE

This is to certify that insulation of the unit identified above has been installed in conformance with the requirements of the 2018 International Energy Conservation Code. This must be signed by one of the listed parties below.

_____
**DATE          COMPANY NAME (Builder)          BUILDER SIGNATURE**

_____
**DATE          COMPANY NAME (Applicator)          APPLICATOR'S SIGNATURE**

01/01/2019

**Exhibit 3**

## Residential Prescriptive Insulation Values

| Location | Required Value |
|---|---|
| Ceiling | R – 49 |
| Exterior Wall | R – 20/13+5 c.i. |
| Exterior Basement Walls | R – 15 c.i./19 |
| Floors | R – 30 |
| Crawl Space | R – 15 c.i./19 |
| Mass Wall | R – 13 c.i./17 |
| Fenestration | U – 0.30 |

*c.i. refers to continuous insulation. All other listed values are insulation installed in cavities.

**Exhibit 3**



100 Jefferson County Pkwy, Golden CO 80419-3540
303-271-8260 - buildingsafety@jeffco.us
www.jeffco.us/building-safety

# Appendix Chapter X
## (New Chapter)
## Instructions for Completing the Foundation Compliance Form

*A completed Foundation Compliance Form is required for all foundations designed by an engineer or architect unless waived by the Building Official.*

1. Section A or B shall be filled out completely and stamped by a Professional Engineer or Licensed Architect.  (In the case of drilled piers, a Professional Engineer's stamp is required.)  Please refer to the form to determine whether Section A or B is applicable.

2. The form cannot be altered.

3. If a drilled pier foundation is used, drilling logs SHALL be attached.

4. The completed form shall be submitted PRIOR to requesting a final building inspection.

5. Failure to follow these outlined procedures shall result in REJECTION of the Foundation Compliance Form and a delay in the final building inspection and/or issuance of the Certificate of Occupancy.

**SITE CONDITIONS/PREPARATIONS**

This section deals with the general onsite conditions found on the particular property to be inspected.  These conditions include, but are not limited to:

Site Vegetation
Tree Roots
Lot Cut
Lot Fill

**Site vegetation:**  Foundation excavations shall be inspected for the presence of organic matter and vegetation.  Such vegetation includes native grasses, weeds, shrubs and other vegetation.  The site shall be void of such materials before the installation of the foundation.

**Tree roots:**  The areas of the foundation where concrete will be placed shall be inspected for the presence of roots of trees and shrubs and shall be void of such materials before the installation of the foundation.

**Lot cut and fill:**  Cut and fills which may affect the performance of the structure shall be verified to be of a stable configuration and meet the bearing capacity specified in the geotechnical report and foundation design.

**Drainage:**  Any site drainage conditions that would require special site preparation or foundation design shall be noted and reported to the design engineer prior to installation of the foundation.

**Other:**  The existence of other site conditions specified in the plans shall be verified.

**Tolerances:**  Any reference to a "tolerance" means the tolerance which is specified in the accepted plans.

**Exhibit 3**



100 Jefferson County Pkwy, Golden CO 80419-3540
303-271-8260 - buildingsafety@jeffco.us
www.jeffco.us/building-safety

**Piers/pier holes:** Piers (caissons) shall be inspected within the following parameters.

| | |
|---|---|
| Number | Alignment |
| Size | Spacing |
| Depth | Concrete |
| Material Penetration | Cap Finish |
| Groundwater | Reinforcing |
| Refuse Material | Casings |

**Number:** Total number of piers (caissons) shall be identical to pier number specified in design and specifications. Drilling logs shall be provided by the drilling contractor specifying the total number drilled and depth of each.

Inspections shall be made on a minimum of 50% of pier holes. The inspections shall include piers drilled on all levels of excavations, as well as at opposite ends of the excavations (two corners; diagonal.)

A sketch showing the location of pier holes shall be attached.

**Size:** Minimum diameter tolerance on piers. Any variation in pier diameter shall be approved by the design engineer and noted on the drill log submitted with the Foundation Compliance Form. Diameter to be measured with steel tape.

**Depth:** Depth shall be per design and specifications and shall be measured with steel tape.

**Material penetration:** Piers shall be drilled into bedrock or refusal per design and specifications. Inspection to be made with light and mirror test and onsite evaluation of material brought out of pier hole.

**Groundwater:** Pier holes should be dry at time of inspection. If conditions observed indicate more than 4" of groundwater in any pier hole, the inspector shall remain to inspect <u>all</u> caissons and concrete placement.

**Refuse material:** Pier holes shall be clean at the bottom and shall be visually inspected.

**Alignment:** Piers are to be straight, plumb, and true and shall be visually inspected. Proper alignment shall be verified at various depths of hole.

**Spacing:** Piers shall be located and spaced properly as per accepted foundation design and specifications.

**Concrete:** Concrete shall be placed and tested per the strength specifications and placement procedures contained in the accepted plans. Concrete shall be properly cured per the specified plans and standard engineering practice.

**Cap finish:** The pier cap shall be clean and the same diameter as the piers per accepted foundation design and specification.

**Reinforcing:** Reinforcing in pier shall be per accepted foundation and structural design and specifications.

**Exhibit 3**



100 Jefferson County Pkwy, Golden CO 80419-3540
303-271-8260 - buildingsafety@jeffco.us
www.jeffco.us/building-safety

**Casing:** If water is found in pier hole greater than 4" deep or if cave-in of pier hole sides occurs, design engineer shall specify remedy and shall note the remedy on the submitted documentation accompanying the drill log.

### PIER AND BEAM

Piers shall be inspected as outlined.  Beams shall conform to the following:

Pier union to beam via steel shall be per plans and design specifications.

Grade beam shall be of proper dimension per design specifications.

Grade beam shall be placed as specified in accepted design and specifications.

The top of drilled piers shall be clean and placed per accepted design specifications to create a uniform pier shaft.

Steel shall be continuous with no gaps, except as specified in the accepted plans.

Steel size and grade shall be per accepted plans and design specifications.

The pier cap shall be clean and the same diameter as the piers per the accepted specifications.

### BEAM VOIDS

Proper void size and material shall be per plans.

Void material shall be properly placed per specifications in accepted construction plans.

Void material shall be in good condition.

Wet or collapsed void material shall be replaced prior to concrete placement or reestablished after forms are removed.

Joints in void material shall be sealed.

All concrete infiltration into void space shall be removed after forms are removed.

### FOUNDATION WALLS/SPREAD AND PAD FOOTINGS/SLAB-ON-GRADE

Height, depth, width, length and reinforcing shall be per accepted foundation structural design and specifications.

**Steel reinforcing:**  Reinforcement steel/mesh shall be as specified by accepted foundation and structural design as to size, type and grade.  Steel shall be clean and free of loose rust.  Any loose rust or scaling shall be removed before concrete placement.  The steel/mesh shall be positioned in the center of the slab or as outlined in the accepted plans.

**Foundation drains:**  Foundation drains to be located and placed as per accepted foundation design and specifications. The drains shall be inspected to verify the fall specified in the plans. The daylight or discharge point shall also be inspected to verify positive flow.



Exhibit 3

# FOUNDATION COMPLIANCE FORM
## APPENDIX CHAPTER X

**Do Not Alter This Form**
(Please Print Legibly)

*THIS FORM MUST BE FILLED OUT COMPLETELY*

**JEFFERSON COUNTY DIVISION OF BUILDING SAFETY**      **BUILDING PERMIT NO:** 2020-120156
**100 JEFFERSON COUNTY PARKWAY**
**GOLDEN, COLORADO 80419-3540**
**CONSTRUCTION SITE ADDRESS**      **CONTRACTOR'S NAME & ADDRESS**

**TYPE OF FOUNDATION:** ☐ Drilled Piers      ☐ Spread Footings      ☐ Pad & Grade Beam
☐ Narrow Spread Footings      ☐ Other (Please Specify) _____

**FOUNDATION INSPECTION PROCEDURE**
All inspections shall be performed according to the procedures outlined in this Appendix Chapter X, of the 2018 Jefferson County Code Supplement and shall be signed, dated, and stamped by a Colorado Registered Professional Engineer or Colorado Licensed Architect. (Drilled pier foundations shall bear the seal of a Colorado Registered Professional Engineer.) This appendix to the code provides a procedural guideline and is as comprehensive as possible, but cannot account for every possible situation encountered in the field. The guidelines shall be deemed to be the minimum inspection required and do not relieve the engineer or architect from any responsibility to conduct such additional inspections as may be necessary to determine that the foundation conforms to the plans and specification accepted for construction for the above referenced project. The inspecting engineer/ architect is required to consult the design engineer/architect on any unusual condition which may arise on the site. A set of foundation drawings bearing the Jefferson County Stamp shall be on the job site. Any modifications to accepted plans shall be approved by the design engineer and revised plans showing those modification submitted to the Division of Building Safety.

**VERIFICATION OF INSPECTION**
Our representative has inspected the applicable portion of the foundation and subsurface drainage system (where applicable) in accordance with the guidelines set forth in this Appendix Chapter X, of the 2018 Jefferson County Code Supplement. I do hereby verify that the portions inspected were in compliance with the plans and specifications on file with the Division of Building Safety. However, this verification is not a guarantee as to the overall performance of the foundation system. Drilling logs for drilled pier foundations SHALL be attached to the Foundation Compliance Form.

Section A may be used for all the required inspections.
Fill out Section B if more than one engineer has completed and is responsible for all the required inspections.

**SECTION A**

| | Type of Inspection | Dates of Inspections | Seal & Signature |
|---|---|---|---|
| 1. | Site Condition / Preparation | | |
| 2. | Pier Holes & Piers / Caissons / Footings | | |
| 3. | Grade Beams / Foundation Walls / Slab on Grade | | |
| 4. | Other: | | |
| 5. | Foundation Drains | | |
| **Engineer:** | | | |
| **Firm Name:** | | | |
| **Address:** | | | |

# Exhibit 3

SECTION   B       Page 2 of 2

| Construction Site Address: | | Building Permit Number: | |
|---|---|---|---|
| **Site Condition & Preparation** | **Dates of Inspections** | | **Seal & Signature** |
| | | | |
| | | | |
| Engineer: | | | |
| Firm Name: | | | |
| Address: | | | |

| **Pier Holes & Piers Caissons Spread Footings Pad Footings** | **Dates of Inspections** | **Seal & Signature** |
|---|---|---|
| | | |
| | | |
| Engineer: | | |
| Firm Name: | | |
| Address: | | |

| **Grade Beams Foundation Walls Slab-on-Grade** | **Dates of Inspections** | **Seal & Signature** |
|---|---|---|
| | | |
| | | |
| Engineer: | | |
| Firm Name: | | |
| Address: | | |

| **Other: Specify** | **Dates of Inspections** | **Seal & Signature** |
|---|---|---|
| | | |
| | | |
| Engineer: | | |
| Firm Name: | | |
| Address: | | |

| **Foundation Drains** | **Dates of Inspections** | **Seal & Signature** |
|---|---|---|
| | | |
| | | |
| Engineer: | | |
| Firm Name: | | |
| Address: | | |

**Exhibit 3**



100 Jefferson County Pkwy, Golden CO 80419-3540
303-271-8260 - buildingsafety@jeffco.us
www.jeffco.us/building-safety

# Inspection Sequence Procedural Guide

**IMPORTANT NOTICE:** The <u>local Fire District</u> has individual authority to enforce fire code standards beyond the county's requirements.  Cooperation and coordination with your local fire district early in the process may prevent costly alterations to your project and ensure compliance with all applicable health and safety standards.

Requests for an inspection for building, electrical, mechanical, plumbing and re-roofing may be made online, in person or via telephone 303-271-8260.  Requests for an inspection in person or via telephone must be scheduled Monday through Friday between the hours of 7:30 a.m. and 5:00 p.m. prior to the day of your inspection. Online inspections can be scheduled up to 6:00 am the day of the inspection.

The following guidelines provide information regarding inspections and the correct sequence in which they should be requested by the contractor.

**Please have your permit number(s) available when requesting inspection(s). When inspection requests are being made for more than one permit, each request will be entered separately. This will speed up the process and help ensure the proper inspection is being requested.**

**Step 1. Foundation Inspection:**

- **Non-engineered Footings and Foundation:** Inspections will be made by the Jefferson County Division of Building Safety before concrete is poured.
- **Engineered Footing and Foundation:** Footing, drilled piers and foundation plans stamped by a Colorado Registered Professional Engineer or Architect will require inspections by the engineer and also by the Jefferson County Division of Building Safety, as outlined in the Jefferson County Supplement to the 2018 International Building Codes, Appendix Chapter X (instructions for Completing the Foundation Compliance Form)
- **If Engineered Foundation is marked "YES"** on your Building Card (inspection sign off card), the Foundation Compliance Form shall be submitted to, and approved by, our office prior to requesting a Final Building inspection.
- **Concrete Encased Electrode:** (UFER) installation observation may be required per Article 250.52A3 of the current National Electrical Code.

**Step 2. Wall and/or Roof Sheathing:**  prior to covering, provide access for inspector.

**Step 3. Rough Inspections:** (in any order) Electrical, Mechanical, Fireplace/Gas Log & Plumbing, Site Built Shower Pan, Structural Concrete Slab or Under-floor inspection.

- Rough electrical inspection shall not be requested until the building is weathered in.
- If applicable, a Temporary Building Service inspection must be requested as a separate inspection along with the rough electrical. If you have questions regarding electrical inspections or requirements, please see our updated Residential Wiring Guide on our website at www.jeffco.us/building-safety under the documents tab.

**Exhibit 3**



100 Jefferson County Pkwy, Golden CO 80419-3540
303-271-8260 - buildingsafety@jeffco.us
www.jeffco.us/building-safety

The temporary building service will be released after the rough electrical inspection has been made and approved.

- If electric baseboard heat is installed, all baseboard panels must be mounted on sheetrock.
- The installation of a commercial fire sprinkler system is to be inspected by the Fire District who has jurisdiction according to 901.5.1 of the 2018 IBC.
- The installation of a multipurpose residential fire sprinkler system is to be inspected according the currently adopted plumbing code.

**Step 4. Mid-roof Inspection:** inspection of material application/nailing pattern per manufacturer instructions, call for inspection when at least 10% but not more than 25% of application is applied.  **Manufacturer's instructions are required to be on-site for the inspection.**  This inspection can be called in *any sequence* after the roof sheathing inspection has been approved.

**Step 5. Framing:** (call only after all required rough inspections have been approved by the inspector AND entered into the computer system, usually after 4:30 PM of the day of the inspection). Deferred documents listed on the plan review checklist or plan correction notice, must be submitted to the building division, and the Improvement Location Certificate**,** if required, must be submitted to the Planning and Zoning Division before a framing inspection can be scheduled.

**Step 6.  Stucco Lathe**

**Step 7. Residential Drywall Screw Inspection:** A drywall screw inspection shall be made after the framing inspection.

**Step 8. Drywall for Fire Resistant Assemblies & Commercial**

**Step 9. Final Inspections:**
The following paperwork must be submitted before calling in for your final building inspection:

- **All open Planning & Zoning processes must be complete before requesting a final building inspection.**
- **Foundation Compliance Form** (provided by the Jefferson County Division of Building Safety) signed and stamped by a Colorado Registered Professional Engineer or Architect.
- **Engineered Documents** required by the Building Division, so noted on your plans, signed and stamped by a Colorado Registered Professional Engineer or Architect.
- **Special Inspection Report** - Form provided by the Division of Building Safety
- **Fire Sprinkler System and Fire Alarm System – Commercial Only**
  Form provided by the Division of Building Safety

**Exhibit 3**



100 Jefferson County Pkwy, Golden CO 80419-3540
303-271-8260 - buildingsafety@jeffco.us
www.jeffco.us/building-safety

### (Residential/Commercial Final)

- Electrical, Mechanical & Plumbing finals must be approved before a Final Building Inspection can be done.

- The final electrical inspection will not be made without permanent power.

- Final energy documents as required on the plan review checklist must be turned in and approved before a final building inspection can be called.

### Help Us Make Your Inspection a Successful One

- **It is your responsibility, and the responsibility of your sub-contractors, to call this division when these phases of the work are complete and ready for inspection.**
- Each Inspector, where applicable, Building, Electrical, Mechanical and Plumbing will visit your project a minimum of two times during construction.
- Please remember that each inspector normally has many other inspections to make that same day and a lot of other people are counting on him to get to their job site. Make sure an address is posted in a visible location and access to the project is provided.
- **If the Building Permit Card (Inspection Sign-Off Card), County accepted plans and manufacturer's instructions (when required) are not on the job site, the inspection will be rejected and may be assessed a reinspection fee.**

**Important Note: The Certificate of Occupancy, if one is required, will not be issued**, **nor a final electric meter released to the power company** until all required paperwork and Planning and Zoning final approval are submitted to the building department.  The Certificate of Occupancy will be issued after 11 a.m. the next working day after all required paper work has been submitted and approved by the Jefferson County Division of Building Safety.

**Exhibit 3**



100 Jefferson County Pkwy, Golden CO 80419-3540
303-271-8260 - buildingsafety@jeffco.us
www.jeffco.us/building-safety

# Foundation Inspection Notice
# Engineered Foundations

- Requests for an inspection may be made in person or by phone, Monday through Friday between the hours of 7:30 a.m. and 5:00 p.m.  Inspection requests must be received prior to 5:00 p.m. the day before your inspection and include the time the design professional will be on site.

- Footing and foundation plans stamped by a Colorado Registered Professional Engineer or Colorado Licensed Architect may require an inspection by both the design professional and the Jefferson County Division of Building Safety as outlined in the Jefferson County Building Code Supplement as follows:

    Section R110.3 Footing Inspections.  To be made after trenches are excavated, forms erected and reinforcing steel, if any, placed and before any concrete is placed.

    Section R110.3.2 Drilled Pier Inspections. Will be made while the piers are being drilled. The Engineer of record or his authorized representative shall be present for a minimum of 50% of the drilling operations and be available to the County building inspector during required inspections, per Appendix Chapter X.

    Section R110.3.1.2 Foundation Wall Inspections. Will be made after the footings or piers have been poured. The foundation wall will be formed, and reinforcing steel and void material is in place.

    Section R110.3.4 Concrete Encased Electrode (UFER) Observation. Shall be made prior to concrete placement surrounding UFER. Refer to Article 250.52 (A) (3) of the 2017 National Electrical Code.

01/01/2019

**Exhibit 3**

**Important Notice:** The local fire district has individual authority to enforce fire code standards beyond the county's requirements. Cooperation and coordination with your local fire district early in the process may prevent costly alterations to your project and ensure compliance with all applicable health and safety standards.

Arvada Fire District
Steven Parker/Fire Marshal
303-424-3012
steven.parker@arvadafire.com

Coal Creek Fire District
Garret Ball/Fire Chief
303-642-9112
garret.ball@coalcreekcanyonfd.org

Elk Creek Fire District
Roger Parker/Fire Marshal
303-816-9385 ext 14
rparker@elkcreekfire.org

Evergreen Fire District
Jim King/Fire Marshal
303-674-3145
jking@evergreenfirerescue.com

Fairmount Fire District
Neil Rosenberger/Fire Marshal
303-279-2928
nrosenberger@fairmountfire.org

Foothills Fire District
Alan Anderson/Fire Chief
303-526-0707
alananderson@foothillsfire.org

Genesee Fire District
Jason Puffett/Fire Chief
303-526-1230
admin@geneseefire.org

Golden Fire District
Jerry Stricker/Fire Marshal
303-384-8093
jstricker@ci.golden.co.

Golden Gate Fire Protection District
Damian Difeo/Fire Chief
303-809-2238
chief@goldengatefire.org

Indian Hills Fire District
303-697-4568

Inter-Canyon Fire District
303-697-4413

North Fork Fire District
303-838-2270

North Metro Fire District
Steve Gosselin/Fire Marshal
303-252-3540
sgosselin@northmetrofire.org

Pleasant View Fire District
Chris Malmgren/Fire Marshal
303-279-4361
cmalmgren@pleasantviewfire.org

South Metro
Anthony Valdez/Fire Marshal
720-989-2248
Anthony.valdez@southmetrofire.org

West Metro Fire District
Kelly Brooks/Fire Marshal
303-989-4307
kbrooks@westmetrofire.org

Westminster Fire District
Bob Hose/Fire Marshal
303-658-4500
bhose@cityofwestminster.us

07/25/2019

**Exhibit 3**



100 Jefferson County Pkwy, Golden CO 80419-3540
303-271-8260 - buildingsafety@jeffco.us
www.jeffco.us/building-safety

# **NOTICE**

## A MID-ROOF INSPECTION IS A _REQUIRED_ INSPECTION

**A Mid-Roof Inspection is required when more than 10%, but less than 25% of the roof is completed.**

Failure to obtain the **REQUIRED** Mid-Roof Inspection may result in a **STOP WORK ORDER** being issued and the **PERMIT** being **REVOKED**. Reactivation of the permit and removal of the Stop Work Order may require an **INVESTIGATION FEE**, equal to the **PERMIT FEE**, be paid and **REMOVAL** of roofing material and an inspection performed by the Jefferson County Division of Building Safety before **ANY FURTHER WORK** may proceed.

A roof completed without an approved Mid-Roof Inspection shall require a **MID-ROOF INSPECTION REPORT** be **SUBMITTED to** and **ACCEPTED by** the Jefferson County Division of Building Safety before a final inspection can be requested. A **MID-ROOF INSPECTION REPORT** form may be obtained from the Division of Building Safety.

**It shall be the applicant's duty to provide safe access to roof for both mid-roof and final inspections. The inspector has the authority to make the determination for what is reasonable and safe.**

01/01/2019