

**OFFICE OF COUNTY ASSESSOR**
100 JEFFERSON COUNTY PARKWAY   GOLDEN, CO 80419-2500

# . Documentation of Use for Agriculture Land Classification

## Documents

Owners claiming agricultural classification for their land must complete and return an <u>agricultural affidavit</u>. The assessor can request additional documentation for further analysis of parcels; however, failure of the taxpayer to supply information requested cannot be the sole reason for denying the "agricultural land" classification. Additional documentation that may prove helpful in establishing a claim for "agricultural land" classification includes:

1. IRS Form 1040F (or equivalent)      *3 Hail storms.*
2. Leases
3. Receipts for services rendered and items purchased relevant to the agricultural operation
4. Brand inspection certificates
5. Enrollment documents from federal agricultural programs
6. Ownership of irrigation water shares
7. Well permit that allows for livestock watering
8. Sales invoices of agricultural products or livestock sold

## Use

Providing documentation that shows the grazing animals satisfy the majority of the below criteria provides a strong case for qualifying the land as a ranch.

9. The animals can be bought and sold, e.g. a brand inspection certificate or a bill of sale is provided when transferring ownership of the animal.
10. The animals are not the property of the state of Colorado. All wildlife (undomesticated animals) are state property and state permission is required to own and confine these species, which are typically found in the wild.
11. Veterinary and other services are provided for the health of the animals.
12. The animals are confined to the property and shelter may be provided.
13. The animals are intended to serve humans in some capacity - as food for animal or human consumption, for draft, for breeding, for resale or used for profit, such as selling the animal's coat.
14. The animals are identifiable by brands, tags, or tattoos and graze on the land.

The landowner doesn't need to own the livestock to qualify as a ranch; however, the owner of the livestock must be engaged in a for profit agricultural endeavor raising the livestock.

## Physical Review

Physical inspections may be conducted to substantiate the use as agricultural. The following are examples of things that may be considered:

15. Grazing livestock or recent evidence of grazing activity
16. Preparation/planting/harvesting/selling crops.
17. Topography and physical geology of the land
18. Accessibility
19. Farm/ranch outbuildings
20. Agricultural machinery and equipment
21. Fence, livestock water, irrigation ditches and canals
22. Evidence of soil conservation practices

## Regarding Abatement Petitions

It is possible to correct an erroneous valuation through the abatement process for up to two prior years. The procedure is similar to an appeal to the Board of Equalization, but it can take several months.

The petition is directed to the Board of County Commissioners. <u>Their instructions are attached.</u>

We recommend that the petitioner attach supporting documentation. Values are based on data from the two year period ending June 30th of the year prior to the January 1st assessment date for each year for which abatement is sought.

It is not necessary to fill in the values and tax amounts, if the petitioner does not know it. The law states that if the property value was already protested for the year(s) in question, no abatement or refund of taxes shall be made on grounds of overvaluation.

**Exhibit 5**

## Instructions for Abatement Petitions

- The property owner must file a petition for abatement, carefully completing the part describing the grounds for an appeal. An agent may file a petition on behalf of the owner **ONLY IF** a letter of authorization is submitted with the petition. An abatement petition can be filed for the two years prior to current date **ONLY**.

- Mail the petition to the address listed below:

  Board of Equalization
  100 Jefferson County Parkway
  Suite 5522B
  Golden, Colorado 80419

- Unless the petition is fully granted, a hearing will be scheduled before a referee who will make a recommendation to the Board of County Commissioners. A representative from the Assessor's Office will also attend the hearing.

- If you are not satisfied with the Board of County Commissioners' decision you may appeal to the Colorado Board of Assessment Appeals.

- If the petition is granted, and taxes have been paid, a refund is issued by the County Treasurer. If taxes have not been paid, a corrected tax notice is sent by the Treasurer.

- If the tax dollar amount to be abated per year is $10,000 or more, the abatement must be approved by the Colorado Property Tax Administrator.

- For further information regarding payment of taxes, interest paid on refunds, etc., contact the County Treasurer at 303-271-8330. For information on scheduling of hearings or notification of the Board of County Commissioners' decision, call the Board of Equalization Appeals Administrator at 303-271-8918.