**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Action No.   22cv389

**Plaintiff/Cross-Complainant Defendant,**
Jefferson County, Colorado/Board of County Commissioners in their official and individual capacities.

**Cross/Complaint Defendant**
Jefferson County, Colorado a quasimunicipal corporation and political subdivision of the State of Colorado;

**Cross/Complaint Defendant**
Jermery Cohen in his individual capacity/and his capacity as Supervisor for Jefferson County, Colorado, Planning and Zoning;

**Cross/Complaint Defendant**
Amy Reistroffer in her individual capacity/and her capacity as employee for Jefferson County, Colorado Planning and Zoning

**Cross/Complaint Defendant**
Madison Pitts in her in her individual capacity/his capacity as employee for Jefferson County, Colorado Public Health.

**Cross/Complaint Defendant**
Aly Dressler in her individual capacity/his capacity as employee for Jefferson County, Colorado Public Health.

**Cross/Complaint Defendant**
John/Jane doe who have file false public complaints against the Colorado farm knowns as the Vine Ranch Farm,

**v.**

**Defendant; Cross/Complaint Plaintiff**
Reed McDonald
(aka) The Vine Ranch Farm

_____

**DEFENDANT'S VERIFIED CROSS-COMPLAINT AGAINST**

**COLORADO, JEFFERSON COUNTY *ET AL*.**
_____

1

        Reed K. McDonald
        Pro se Counsel of Record
        5856 S. Lowell Blvd.
        UPS/Ste 163
        Littleton, Colorado 80123
        720-589-3160
        kirkmcdonald56@gmail.com

Defendant and now Cross/Complaint Plaintiff, Reed McDonald apologizes to the Court as there was no notary available on the day Defendant served this Court his Cross/Complaint. See the now enclosed signed and notary supplied verified Cross/Complaint.

        Reed McDonald *pro se*
        4059 W. Hillside Pl.
        Littleton, Colorado 80123
        kirkmcdonald56@gmail.com
        720-589-3160

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served upon the following parties on this3rd Day of March, 2022 by email, addressed as follows:

Counsel for Jefferson County, Colorado
Jason Soronson
100 Jefferson County Parkway,
Suite 5500
Golden, Colorado
jsoronso@co.jefferson.co.us

2