**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
March 15 2022
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Action No.   22cv389

**Plaintiff/Cross-Complainant Defendant,**
Jefferson County, Colorado/Board of County Commissioners in their official and individual capacities.

**Cross/Complaint Defendant**
Jefferson County, Colorado a quasimunicipal corporation and political subdivision of the State of Colorado;

**Cross/Complaint Defendant**
Jermery Cohen in his individual capacity/and his capacity as Supervisor for Jefferson County, Colorado, Planning and Zoning;

**Cross/Complaint Defendant**
Amy Reistroffer in her individual capacity/and her capacity as employee for Jefferson County, Colorado Planning and Zoning

**Cross/Complaint Defendant**
Madison Pitts in her in her individual capacity/and her capacity as employee for Jefferson County, Colorado Public Health.

**Cross/Complaint Defendant**
Aly Dressler in her individual capacity/and her capacity as employee for Jefferson County, Colorado Public Health.

**Cross/Complaint Defendant**
John/Jane doe who have file false public complaints against the Colorado farm knowns as the Vine Ranch Farm,

v.

**Defendant; Cross/Complaint Plaintiff**
Reed McDonald
(aka) The Vine Ranch Farm

___

# DEFENDANT'S/CROSS-COMPLAINT PLAINTIFF'S
# MEMORANDUM TO THE COURT
___

1

## SUMMONS

Defendant/Cross-Complaint Plaintiff (hereafter Defendant) issues this memorandum to the Court dated March 11, 2022. Defendant has communicated with the clerk's office regarding the issuing of summons for the Cross-Complaint Defendant's. The clerk of court is awaiting this Court's decision regarding approval of Defendant's IFP status prior to issuance of summons for the new-found Cross-Complaint Defendants who have admitted they trespassed Defendant's gated private road without warrant in violation of the 4th and 14th Amendments of the Constitution and other rights secured under Constitution.

Because of Covid-19, over the last two years access to markets for reselling of farm products has been interrupted and disrupted. This has affected the Vine Ranch Farm's income. In addition, neighbor's swatting the subject farm operation has dramatically interfered with the business of farming.

Defendant has already conferred with Cross-Complaint Defendants counsel who has agreed for waiver of service of process. Waiver forms have been issued to the Cross-Complaint Defendant's counsel by this Defendant, Cross-Complaint Defendant's counsel will not sign and return the waiver forms until this Court issues summons.

In addition, the clerk's office will not issue summons until such time as this Court rules on the already approved IFP status of the Defendant in the District of Colorado; approval has already issued in multiple cases.

## REQUEST FOR BENCH HEARING FOR WRIT OF MANDAMUS

In addition, as Cross-Complaint Defendant, Colorado Jefferson County (Jeffco) and its Board of County Commissions (BOCC) refuse to reveal the name[s] of the individual[s] swatting the Vine Ranch Farm operation in violation of Colorado law, Colorado's Open Records Act C.R.S. §§24-72-201 through 206, and Colorado's Right to Farm Act C.R.S. §§35-3.5-101 through 103 service cannot be effectuated to the unknown Cross-Complaint Defendants.

Thus, Defendant will move forward requesting a bench hearing before this Court regarding Jeffco's refusal to release the names of individuals who gave (second-hand false statement) which Jeffco relied upon during their trespass of Defendant's gated private road where Jeffco conducted their illegal and unconstitutional surveillance, unreasonable search and seizure of Defendants property. See SCOTUS judgment in *Camara* and *See* and Colorado Supreme Court case 2022SC63. In this requested bench hearing Defendant will be seeking writ of mandamus from the Court ordering Jefferson County, Colorado to provide name[s] of the individual[s] swatting the Vine Ranch Farm operation so those Cross-Complaint Defendant[s] can be served pursuant to F.R.C.P. Rule 4.

See Motion for Cert. in process before the Colorado Supreme Court in Case #2022SC63 enclosed herein where Jeffco trespassed Defendant's gated private road in violation of the Constitution. See enclosed motion for bench hearing for writ of mandamus.

2

## COURT'S FINAL APPROVAL THEREIN ALLOWING ANSWER

  Moreover, Defendant is awaiting this Court's final IFP approval allowing Defendant to serve his Answer to the Court. Exposing Jeffco's willfully false harassment complaint, which they are using to intimidate this whistle blower who has exposed Jeffco's tax fraud scheme which is in violation of Defendant's equal protections under law, a right secured under the Constitution, Colorado's Gallagher Act and Colorado law C.R.S. §35-3.5-101 et seq., and C.R.S. §39-21-105.

  **WHEREFORE** this Court has been notified of the issues in the case.

*Counsel for Defendant*

Reed McDonald / The Vine Ranch Farm
5856 S. Lowell Blvd.
UPS/Ste 163
Littleton, Colorado 80123
720-589-3160
kirkmcdonald56@gmail.com

*[signature]*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served upon the following parties on this 15th Day of March, 2022 by email, addressed as follows:

Counsel for Jefferson County, Colorado
Jason Soronson
Jefferson County Attorney Office
100 Jefferson County Parkway
Suite 5500, Golden, Colorado
jsoronson@co.jefferson.co.us

*[signature]*