Exhibit 3

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*3:55 pm, Mar 15, 2022*
JEFFREY P. COLWELL, CLERK

RIGHT TO RANCH AND FARM

Custer County Resolution 98-14, "establishing a right to ranch and farm policy", was adopted November 4, 1998 and is supported by C.R.S. § 35-3.5-102, which was effective July 1, 1996. The Resolution and Statutes state that an agricultural operation that employs methods or practices commonly or reasonably associated with agricultural production is not a public or private nuisance, particularly if it was in place prior to the initiation of nonagricultural activities in the surrounding neighborhood. It is the policy of the Board of County Commissioners of Custer County that ranching, farming, and all manner of traditional agricultural activities and operations throughout Custer County are integral elements of and necessary for the continued vitality of the county's history, economy, landscape, lifestyle and culture. Given their importance to Custer County and Colorado, agricultural lands and operations are worthy of recognition and protection.

Colorado is a "Right to Farm State" pursuant to Section § 35-3.5-101, et seq., Colorado Revised Statutes. Landowners, residents, and visitors must be prepared to accept the activities, sights, sounds and smells of Custer County's agricultural operations as a normal and necessary aspect of living in a county with a strong rural character and a healthy ranching and farming sector. Those with an urban sensitivity may perceive such activities, sights, sounds and smells as inconveniences, eyesores, noises and odors. However, state law and county policy provides that ranching or other agricultural activities and operations within Custer County shall not be considered to be nuisances, as long as they are operated in conformance with the law and in a non-negligent manner. Therefore, all landowners, residents and visitors must be prepared to encounter noises, odors, lights, mud, dust, smoke, chemicals, machinery on public roads, livestock on public roads, storage and disposal of manure, fertilizers, soil amendments, herbicides and pesticides according to applicable law, any one or more of which may naturally occur as part of legal and non-negligent agricultural operations. In addition, all owners of land, whether ranch or residence, have obligations under state law and county regulation with regard to the maintaining of fences and irrigation ditches, controlling weeds, keeping livestock and pets under control, and other aspects of using and maintaining property. Residents and landowners are encouraged to learn about these rights and responsibilities and to act as good neighbors and citizens of the county.

*(The above represents an excerpt from the County Resolution 98-14. Complete copies may be obtained from the Clerk and Recorder.)*