**Susan Murphy, Assessor**
**221 Comanche Street**
**P.O. Box 26**
**Kiowa, CO 80117**
**(303) 621-3112**
**(303) 621-3173 (Fax)**

# ELBERT COUNTY

## OFFICE OF THE COUNTY ASSESSOR

"Fair, Uniform, & Equitable Assessments, Within the Law"



Account # _____

## Occupant Integral Use Activity Check List

Type of activity performed on a regular basis (check all that apply)

☐ Run water for livestock- fill livestock water tank
☐ Feed Hay to livestock
☐ Clean and refresh livestock pens, barns and sheds
☐ Transport Livestock
☐ Repair or maintain fences
☐ Repair or maintain windmills
☐ Perform irrigation activities
☐ Perform weed control
☐ Plant grass seed
☐ Supervise farm workers in their daily chores
☐ Cultivate farm ground for planting, fertilizer or summer fallow
☐ Plant grain or hay seed
☐ Harvest crop- combine or baling activities
☐ Transport harvested crop or hay
☐ Repair or maintain irrigation sprinkler or canal equipment
☐ Exercise breeding or draft horses-not pleasure horses
☐ Perform farrier services for the operator's horses-not pleasure horses
☐ Perform bookkeeping duties for the operation
☐ Other duties not named (Explain): _____
☐ No duties necessary-property is leased
☐ No duties necessary-property is enrolled in conservation plan
☐ No duties regularly performed

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3:54 pm, Mar 15, 2022
**JEFFREY P. COLWELL, CLERK**

If the occupant of the residence is not the person regularly performing the above duties, is the occupant related to the person the person that does and if so, how?

☐ Parent                    ☐ Other Relationship (Explain): _____
☐ Grandparent               ☐ Farm or Ranch worker for the operator
☐ Brother or Sister         ☐ No Relationship
☐ Child

Signature_____ Date: _____

Elbert County Assessor                                                          1/8/2019