FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:58 pm, Mar 15, 2022
JEFFREY P. COLWELL, CLERK

**Exhibit 9**

RESOLUTION NO. _____-2022

## RESOLUTION OF THE BOARD OF COMMISSIONERS OF MONTROSE COUNTY, COLORADO REGARDING A RIGHT TO FARM AND RANCH POLICY

**WHEREAS,** the Board of County Commissioners ("Board") has the authority pursuant to statute, including, but not limited to C.R.S. § 35-3.5-101, 30-11-107, 30-11-225, 29-20-104 to provide for the protection of agriculture, including farming, ranching and all manner of agricultural activities and operations in the County; and

**WHEREAS,** the Board recognizes the importance of agriculture to the culture, economy, landscape, and history of the County; and

**WHEREAS,** as residential and commercial development occurs in the County and more newcomers with urban experience become residents or visitors to the County, the Board finds and determines that it is important to inform and educate residents and visitors to the importance of agricultural operations; and

**WHEREAS,** C.R.S. § 35-3.5-101 specifically provides that units of local government may adopt ordinances or pass resolutions that provide additional protection for agricultural operations in addition to the protections against nuisance lawsuits that the statute provides; and

**WHEREAS,** the Board desires to establish a "Right to Farm" policy for Montrose County;

**NOW THEREFORE LET IT BE RESOLVED BY THE BOARD OF COUNTY COMMISSIONERS OF MONTROSE COUNTY THAT:**

1. The Board hereby declares Montrose County as a "Right to Farm" county.

2. Landowners, residents and visitors must be prepared to temper their urban sensitivities and accept the activities, sights, sounds, and smells of rural Montrose County as a normal and necessary aspect of living in a county with a strong rural character and a healthy agricultural sector. Those with an urban sensitivity may perceive farming, ranching and other agricultural activities, sights, sounds and smells as an inconvenience, eyesore, noisy, smelly or otherwise objectionable. Both state law and this County policy provide that ranching, farming, and other agricultural operations and production shall not be considered nuisances so long as the activities and operations employ methods and practices commonly used or associated with agricultural production.  Further, where an agricultural operation was commenced prior to the commencement of other residential or commercial or other non-agricultural activities. Residents and visitors must be prepared to encounter any of the following which may occur as part of typical agricultural operations: noises, odors and lights from the operations at all hours of the day and night; noise from firearms; gravel roads with  mud and dust; fence construction and maintenance; maintenance, repair and use of ditches to convey water across private property, including the burning of those ditches and resultant smoke, the cleaning on ditches and clearing of vegetation in the ditches; the opening and closing of headgates and transportation of water through one or more ditches; machinery and livestock on public roads; storage and disposal of manure and dead animals; weed and pest control, including application of chemical fertilizers, herbicides and pesticides; flies, mosquitos ad the presence of insects, rodents and vermin.

**Exhibit 9**

3.     Residents and visitors should be aware that Colorado is an "open range" state which means that landowners must "fence out" livestock if they do not want livestock on their property.

4.     Residents and visitors must be mindful that irrigators and other water users have the right to maintain ditches through established easements across private property.  A landowner may not simply move, obliterate, or otherwise damage a ditch for their convenience without approval of the ditch owner or as otherwise provided by Colorado law.  Further, the presence of a ditch on a landowner's property does not give the landowner any right to the use of water from the ditch without the appropriate water rights or ditch rights that may, or may not, be appurtenant to the land.  Purchasers of property are encouraged to inspect property before purchasing and to ask questions regarding any apparent ditches or other easements.

5.     All landowners have responsibilities to conduct themselves in accordance with the law; to control pets; control weeds; use property in accordance with zoning regulations; and wise use and maintenance of natural resources.  All landowners, residents and visitors are encouraged to learn about their rights and responsibilities and to act as "good neighbors."

6.     Landowners, residents and visitors need to be aware that children and adults are exposed to hazards in a rural setting that may not be present in an urban or suburban setting.  Farm equipment, ponds and irrigation ditches, electrical power for pumps, electric fences, agricultural chemicals, territorial farm dogs, livestock and wild animals may present real threats to children and adults.  Living, working or visiting in a rural community such as Montrose County is a wonderful experience and opportunity, but it demands flexibility, respect and knowledge of rural standards and practices.

7.     County staff shall make this information available through the planning and development department and shall provide such educational opportunities for newcomers and visitors as may be reasonable.

8.     Residents and visitors are encouraged to visit montrosecountywater.com and learn more about the Code of the West, which is intended as a guide to living in Montrose County.

Adopted this _____ day of _____, 2022 at a meeting of the Montrose County Board of County Commissioners.

MONTROSE COUNTY                                         ATTEST:
BOARD OF COUNTY COMMISSIONERS:


_____                          By:_____
Keith Caddy, Chair                                      Deputy Clerk to the Board


_____
Sue Hansen, Vice Chair

**Exhibit 9**

_____
Roger Rash, Commissioner