**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-389-GPG

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO;

Plaintiff,

v.

KIRK MCDONALD;

Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Parker Smith, Assistant County Attorney with the Jefferson County Attorney's Office and a member in good standing of the bar of this court, hereby enters his appearance on behalf of Plaintiff Board of County Commissioners of the County of Jefferson, State of Colorado.

Dated: March 23, 2022.                JEFFERSON COUNTY ATTORNEY'S OFFICE

By: */s/ Parker Smith*
Eric Butler, #29997
Deputy County Attorney
Jason Soronson, #50078
Parker Smith, #48937
Assistant County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
Telephone: 303.271.8932
Facsimile: 303.271.8901
ebutler@jeffco.us
jsoronso@jeffco.us
psmith@jeffco.us
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on March 23, 2022, I filed the foregoing NOTICE OF ENTRY OF APPEARANCE via CM/ECF and served a true and correct copy via U.S. Mail, postage prepaid, upon the following:

Kirk McDonald
5856 South Lowell Boulevard
UPS/Suite 163
Littleton, CO 80123
*Defendant, pro se*


            */s/ Briana McCarten*