**Exhibit 5**

