**Exhibit 6**



**JEFFERSON COUNTY COLORADO**

## REAL PROPERTY TAX STATEMENT
Tax Year / Payable
2021        2022

Gerald "Jerry" DiTullio, Treasurer
100 Jefferson County Pkwy, Ste 2520 Golden, CO 80419-2520
(PH) 303-271-8330 (FAX) 303-271-8359

https://treasurerpropertysearch.jeffco.us

| PIN: **300199261** | AIN: **69-304-00-002** | TAG: **4586** | Bill #: **1557193** | Mort Code: |

**Property Address:** 13700 ELK MOUNTAIN TRL

**Current Owner**
MARSHALL CRAIG H

**Legal Description**
Section 30 Township 06 Range 69 Qtr SE Size: 1525906 Value: 35.030 KEY=030

See reverse side of this form for additional information.
Payments may be made online at
https://treasurerpropertysearch.jeffco.us

| Tax Authority / Other Charges | $ per thousand of assessed value Tax Mill Levy | Original Amount Due |
|---|---|---|
| R1 SCHOOL BOND REDEMPTION FUND | 5.7830 | 211.22 |
| R1 SCHOOL GENERAL FUND | 40.0250 | 1,461.91 |
| *COUNTY GENERAL FUND | 18.4290 | 673.12 |
| *DEPT OF SOCIAL SERVICES | 1.1690 | 42.70 |
| DEVELOPMENTAL DISABLITY FUND | 1.0000 | 36.53 |
| LIBRARY FUND | 4.5000 | 164.36 |
| *ROAD & BRIDGE FUND | 1.1430 | 41.75 |
| *LAW ENFORCE AUTHORITY | 2.4600 | 89.85 |
| URBAN DRAINAGE&FLOOD C SO PLAT | 0.1000 | 3.65 |
| URBAN DRAINAGE&FLOOD CONT DIST | 0.9000 | 32.87 |
| Sub Total | 75.5090 | 2,757.96 |
| **Total** | | **2,757.96** |

| Valuation | Actual | Assessed |
|---|---|---|
| Total | 455,841 | 36,525 |

**Messages**
- Jeffco Treasurer is open Monday - Thursday 7:30 AM - 5 PM. County offices are closed on Fridays.
- Complete Legal Description is on file in the Assessor's Office.
- If you no longer own this property, please disregard this notice. The new owner is responsible for paying the taxes and will receive a bill when the ownership is updated. The Assessor is processing deeds recorded in July 2021. For Assessor property info go to www.jeffco.us/assessor or call 303-271-8600.

| Type | Charge/Adjustment |
|---|---|
| Original | 2,757.96 |
| Current Tax Year Amount | 2,757.96 |
| Payments | 0.00 |
| **Current Year Taxes Due** | **2,757.96** |

* Represents a Mill Levy Reduction   ** Reduction in actual value

**THIS IS THE ONLY NOTICE THAT YOU WILL RECEIVE**

---

RETAIN TOP PORTION FOR YOUR RECORDS - IF PAYING IN PERSON BRING ENTIRE TAX STATEMENT

**Make Checks Payable To:**
JEFFERSON COUNTY TREASURER
100 Jefferson County Pkwy, Ste 2520
Golden, CO 80419-2520

DETACH HERE AND RETURN THIS COUPON WITH YOUR PAYMENT

**REAL PROPERTY TAXES DUE IN 2022**
Tax Year / Payable
2021        2022

PIN
300199261

AIN
69-304-00-002
DV

**2nd Half Coupon**    **2**

SECOND HALF DUE BY JUNE 15, 2022        $1,378.98

MARSHALL CRAIG H
7039 S WINDERMERE
LITTLETON CO  80120

3001992610000275796300001378981 7

---

DETACH HERE AND RETURN THIS COUPON WITH YOUR PAYMENT

**Make Checks Payable To:**
JEFFERSON COUNTY TREASURER
100 Jefferson County Pkwy, Ste 2520
Golden, CO 80419-2520

**REAL PROPERTY TAXES DUE IN 2022**
Tax Year / Payable
2021        2022

PIN
300199261

AIN
69-304-00-002
DV

**Full Payment or 1st Half Coupon**    **1**

FIRST HALF DUE BY FEBRUARY 28, 2022 ☐    $1,378.98
FULL AMOUNT DUE BY MAY  2, 2022 ☐    $2,757.96

MARSHALL CRAIG H
7039 S WINDERMERE
LITTLETON CO  80120

3001992610000275796300001378981 7

**Exhibit 6**

**COUNTY TREASURERS ARE RESPONSIBLE FOR COLLECTION OF TAXES ONLY. ASSESSORS ARE RESPONSIBLE FOR VALUATION OF PROPERTY, BOTH ACTUAL AND ASSESSED. DISTRICT OFFICIALS ARE RESPONSIBLE FOR THE TAX LEVY.**

Failure to receive a tax notice does not relieve the owner's responsibility or liability for paying taxes on time.

Tax bills totaling less than $25.00 must be paid in full in one payment by April 30th.

If your taxes are paid by a mortgage company, use this notice for your own information. Your mortgage company will be notified of your tax amount at their request. If your mortgage company is responsible for paying your taxes and you receive a delinquent notice, please contact your mortgage company for resolution.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account on the same day your payment is received, and you will not receive your check back from your financial institution.

For information about deferral of property taxes for active military personnel or seniors, please contact the Treasurer's office before April 1.

**THERE IS A $20.00 FEE FOR ALL RETURNED AND INSUFFICIENT FUND PAYMENTS.**

**Due Dates**
If the due date for filing any of the optional payments falls on Saturday, Sunday or a legal holiday, the tax will be timely filed if paid on the next business day. CRS 39-10-104.5.

General Property Taxes are due January 1st of each year
FIRST HALF - The first half becomes delinquent after the last day of February.
SECOND HALF - The second half becomes delinquent after June 15th.
FULL AMOUNT - The full amount becomes delinquent after the last day of April (unless the first half was paid).

**GENERAL PROPERTY TAX**
**DELINQUENT INTEREST 39-10-104.5 CRS**

Does not include Redemption Interest on Real Estate Tax Lien Sales.

| REQUIRED DATE OF PAYMENT | HALF TAX OPTION | | FULL TAX OPTION |
|---|---|---|---|
| | 1ST INSTALLMENT | 2ND INSTALLMENT | |
| | LAST DAY OF FEBRUARY | JUNE 15TH | APRIL 30TH |
| MONTH PAID | | | |
| MARCH | 1% | | |
| APRIL | 2% | | |
| MAY | 3% | | 1% |
| JUNE 1-15 | 4% | | 2% |
| JUNE 16-30 | 4% | 1% | 2% |
| JULY | 5% | 2% | 3% |
| AUGUST | 6% | 3% | 4% |
| SEPTEMBER | 7% | 4% | 5% |
| OCTOBER | 8% | 5% | 6% |
| NOVEMBER | 9% | 6% | 7% |
| DECEMBER | 10% | 7% | 8% |