**Exhibit 6**

**Kirk McDonald**
**4059 W. Hillside Pl.**
**Littleton, Colorado 80123**
**(720)-589-3160**
Kirkmcdonald56@gmail.com

**February 24, 2020**

**Mitch Brown MPH, REHS**
**Supervisor Environmental Health**
**Jefferson County**
**100 Jefferson County Parkway**
**Golden, Colorado 80127**

Dear **Mr. Brown**

Under the **Colorado Open Records Law § 24-72-201 et seq.**, I am requesting an opportunity to inspect or obtain copies of public records of any and all complaints filed in your office against myself and the farm/agricultural property known as 14309 Elk Mountain Trail, Littleton, Colorado 80127.

If there are any fees for searching or copying these records, please inform me if the cost will exceed $ 100.00.  However, I would also like to request a waiver of all fees in that the disclosure of the requested information is in the public interest and will contribute significantly to the public's understanding of urban farming.

The statute requires a response to this request within three days following receipt of this letter with name and address of complainant.  If access to the records I am requesting will take longer, please contact me with information about when I might expect copies or the ability to inspect the requested records.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank you for considering my request.

Sincerely,
Kirk McDonald - Owner; The Vine Ranch
Director of Policy – Mile High Farmers/Rocky Mountain Farmers Union
Mile High Farmers
Colorado Fruit & Vegetables Growers Association
National Fruit Growers Association
National Young Farmers Coalition