**Exhibit 10**

# Affidavit and Notice

### Jefferson County, Colorado Planning and Zoning Division

### Building Permit for greenhouses on Agricultural Property Utilizing Hauled Water

The Property described is a registered farm upon zoned agricultural real property in the State of Colorado, and is known as "The Vine Ranch. To obtain a building permit therein constructing greenhouse(s) on the described property (See Exhibit 1) Owner attests that hauled water is used to supply the subject greenhouses because the onsite well is for "Inside Use Only" per Colorado statute.

I, Kirk McDonald ("Owner") swear and affirm that due to well permit not allowing for irrigation, a cistern system will be used to provide water for the greenhouse(s). This will require that water be hauled for use of the greenhouse(s).

This affidavit in no way provides that future property owners are able to obtain the same statutory or deeded water rights as the current owner of the subject property. This document is also intended to provide notice to all future property owners of the restrictions herein and the regulations of Jefferson County, Colorado regarding proof of adequate water prior to obtaining a building permit. For questions please contact the Planning and Zoning Division if you have any questions or concerns regarding compliance with the Jefferson County Zoning regulations.

**Address of Property:**
14309 Elk Mountain Trail
Littleton, Colorado 80127

**Legal Description of Property:**

A Tract of Land situated within the Southwest One-Quarter of Section 30, Township 6 South, Range 69 West of the 6th P.M., described within Exhibit A (attached) Unincorporated, County of Jefferson, State of Colorado.

**Exhibit 10**

I, Kirk McDonald, agree to and will abide by the terms stated in this Affidavit and Notice.

**Owner:**

Kirk McDonald
Print Name

_[signature]_
Signature

STATE OF COLORADO   )
                    )ss.
COUNTY OF Jefferson )

The foregoing Affidavit and Notice was sworn to and acknowledged before me this 19 day of 5/19/ 20 22, by

Laura Corrales
Witness my hand and official seal.

My commission expires: 8/28/2022

_[signature]_
Notary Public

**LAURA CORRALES**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20144033730**
**MY COMMISSION EXPIRES 08/28/2022**

**Approved for Recording By:**

Jefferson County Planning and Zoning Division

Signature: _____    Date: _____

Print Name and Title: _____

| Exhibit "A" | **Exhibit 10** |

## ATTACHED LEGAL DESCRIPTION

A Tract of Land situated within the Southwest One-Quarter of Section 30, Township 6 South, Range 69 West of the 6th P.M., described as follows:

Beginning at a point from which the South One-Quarter Corner of said Section 30 bears South 54 Degrees 58 Minutes 54 Seconds East, a distance of 1032.18 feet and which Point is also on the Northerly line of a 50.00 foot Easement reserved for Public Road Purposes; thence South 27 Degrees 55 Minutes 30 Seconds West, 25.00 feet to a point on the Centerline of said 50.00 foot Road Easement; thence from an initial bearing of North 62 Degrees 04 Minutes 30 Seconds West along a curve to the left having a Radius of 430.35 feet and a Delta Angle of 13 Degrees 15 Minutes 15 Seconds an Arc distance of 99.55 feet; thence North 75 Degrees 19 Minutes 45 Seconds West 95.09 feet; thence along a curve to the right having a Radius of 121.55 feet and a Delta Angle of 44 Degrees 43 Minutes 14 Seconds an Arc distance of 94.87 feet; thence North 30 Degrees 36 Minutes 31 Seconds West a distance of 89.31 feet; thence along a curve to the left having a Radius of 302.88 feet and a Delta Angle of 18 Degrees 44 Minutes 53 Seconds an Arc Distance of 99.11 feet; thence North 49 Degrees 21 Minutes 24 Seconds West 130.00 feet; thence departing from the Centerline of said 50.00 foot Road Easement North 40 Degrees 38 Minutes 36 Seconds East 25.00 feet to a point on the Northerly line of said 50.00 foot Road Easement; thence North 43 Degrees 13 Minutes 33 Seconds East 371.89 feet to a point on the Centerline of a Second 50.00 foot Easement reserved for Public Road Purposes; thence from an initial bearing of South 46 Degrees 46 Minutes 22 Seconds East along said Centerline and along a curve to the left having a Radius of 70.00 feet and a Delta Angle of 39 Degrees 34 Minutes 38 Seconds an Arc distance of 48.36 feet; thence South 86 Degrees 21 Minutes 00 Seconds East 141.13 feet; thence along a curve to the right having a Radius of 143.41 feet and a Delta Angle of 38 Degrees 26 Minutes 30 Seconds an Arc distance of 95.22 feet; thence South 47 Degrees 54 Minutes 30 Seconds East 35.00 feet; thence Departing from said Centerline of the Second 50.00 foot Road Easement South 42 Degrees 05 Minutes 30 Seconds West 25.00 feet to a point on the Southwesterly line of said 50.00 foot Road Easement; thence South 08 Degrees 10 Minutes 53 Seconds West 519.58 feet to the Point of Beginning,
County of Jefferson, State of Colorado.

Also Known as: **V/L - Elk Mountain Trail, Littleton, CO 80127**

LGLBLNK

Escrow No. C2028477-072-JT2