**Exhibit 12**



Kirk Mcdonald <kirkmcdonald56@gmail.com>

---

## RE: --{EXTERNAL}-- property defined
9 messages

---

**Laura Burtschi** <lburtsch@co.jefferson.co.us>                                  Thu, Mar 17, 2022 at 1:28 PM
To: Kirk Mcdonald <kirkmcdonald56@gmail.com>

Hi Kirk,

Taxes are based on actual value X assessment rate X mill levy.  The assessor's office revalues the county every odd year using sales from the prior 2 years.  For the 2021 reappraisal, the sales data gathering period was 7/1/2018-6/30/2020.  The actual value of your property at 14309 Elk Mountain Trl Littleton was $102,774 for 2019/2020.  The actual value for 2021/2022 is $128,831.  The mill levy's change every December based on taxing entities budgets.  If you need more specific information, please visit our website.   Assessment Process | Jefferson County, CO (jeffco.us) This is the direct link to this information.

I have attached the definition of residential, farm or ranch qualifications and the classification and valuation of agricultural property for your information.  The definition of "other agricultural" can be found in the Welby Gardens v. Adams County Board of Equalization, et al., 71 P.3d 992 (Colo. 2003).  It states that for there to be an agricultural classification, there must be a **nexus (connection)** between the agricultural product that is produced and the land on which it resides.  The court specifically ruled in Welby that greenhouses, which do not grow their products directly in the ground, do not meet this test.

I hope all of this information helps.  Please let me know if you have any other questions, I will do my best to get you an answer.

**Effective June 1, 2020, Jefferson County transitioned to a 4-day business week. As a result, the County Assessor's Office is closed on Fridays.**

Laura Burtschi, Land Appraiser

100 Jefferson County Parkway #2500

Golden, CO  80419

Ph: 303-271-8651

Fax: 303-271-8616

lburtsch@jeffco.us

**Exhibit 12**

Gmail - RE: --{EXTERNAL}-- property defined        https://mail.google.com/mail/u/1/?ik=252cda9d94&view=pt&search=al...

**From:** Kirk Mcdonald <kirkmcdonald56@gmail.com>
**Sent:** Thursday, March 17, 2022 12:25 PM
**To:** Laura Burtschi <lburtsch@co.jefferson.co.us>
**Subject:** --{EXTERNAL}-- property defined

**CAUTION: This email originated from outside Jefferson County Government. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi sorry to bug but I need to know how the county defines the following:

Ag Res. improved; Ag vacant land; Agi Business

thanks,

Reed McDonald

---

**3 attachments**


**ARL residential definition.JPG**
91K


**Farm or Ranch Qualification.pdf**
116K


**Classification and Valuation of Agricultural Property 2020 (1)(1).pdf**
122K

---

**Kirk Mcdonald** <kirkmcdonald56@gmail.com>                          Thu, Mar 17, 2022 at 1:49 PM
To: Laura Burtschi <lburtsch@co.jefferson.co.us>

Hi Laura, yes the clarification of growing in the soil is up for debate as you know, Jeffco and I are in court to see if this judgment is correct as I do grow in soil but in large barrels so I can have multiple harvests instead of a single harvest as Jeffco mandates. FYI the State of Colorado and its department of agricultural does not support your position, they support mine. In addition, Jeffco does not have a rebate to offset their limitations they are placing on modern farm

operations and does not have a water wise plan for farming in the twenty first century or modern farming.

As you know two of my neighbors have been granted Ag tax states although they do not farm or ranch so how you grant AG assessment is hard to defend as it seems to be applied indiscriminately. I have provided as requested my 401 for farm profit/loss I wonder if the other AG properties near me have as well. I will be subpoena your records to indicated if this is true.

None the less, you did not answer my question. My property value went up a little no problem. My property tax assessment went up 26% in a single year. This seems to be incorrect. I asked why my property went went up 26% Do you have an answer as to why or how this increase occurred. It appears you do not have an answer?

Mil level is the same as last year so how can my property tax increase 26% in a single year?

I would appreciate an answer, please

Kirk McDonald

[Quoted text hidden]

---

**Laura Burtschi** <lburtsch@co.jefferson.co.us>                                    Thu, Mar 17, 2022 at 2:40 PM
To: Kirk Mcdonald <kirkmcdonald56@gmail.com>
Cc: Katherine Fontana <kfontana@co.jefferson.co.us>

Hi Kirk,

I am forwarding your email to Keiko Fontana.  I think that she will be able to provide more information and provide clarification and more detail if you need it.

Best regards,

[Quoted text hidden]

---

**Katherine Fontana** <kfontana@co.jefferson.co.us>                                Thu, Mar 17, 2022 at 2:44 PM
To: "kirkmcdonald56@gmail.com" <kirkmcdonald56@gmail.com>
Cc: Laura Burtschi <lburtsch@co.jefferson.co.us>

Hello Kirk,

Laura forwarded your email to me.  I'll look into it to explain in detail the 26-percent increase and will get back to you on this.

Kind Regards,

**Katherine (Keiko) E. Fontana**

Commercial and Land Appraisal Manager

**Jefferson County**

**Exhibit 12**

100 Jefferson County Parkway

Golden, CO  80419

**o** 303.271.8677

**c** 720-939-7206

kfontana@jeffco.us



Find us on the web: **www.jeffco.us**

**Facebook**  |  **Twitter**  |  **Instagram**

**Beginning June 1, 2020 Jefferson County offices have transitioned to a 4-day work week and  will be open Monday - Thursday.  Closed on Friday.**

[Quoted text hidden]

---

**Kirk Mcdonald** <kirkmcdonald56@gmail.com>                                              Thu, Mar 17, 2022 at 2:52 PM
To: Laura Burtschi <lburtsch@co.jefferson.co.us>

Laura, Thanks just looking for a simple answer on the tax increase.

FYI the deciding factor in the cited case you sent me is the following:

I have highlighted your cited case. I don't think you actually read the case, you just use this as part of your speech; you should read the case. Part of the court's assertion is the location of the greenhouses and the soil used for planting did not matter in that case. It's quite the opposite in my case. I use soil from my farm land and the location of the greenhouse on the given land is part of the productivity of the land because it faces directly south. Therefore, all aspects of the farm are a result of the productivity of my land.

"There are three parcels of land at issue. Two parcels and a portion of the third are covered by numerous greenhouse buildings. The greenhouses provide a fully-enclosed, climate-controlled environment for the cultivation of various vegetables, flowers, and fruiting plant starts. None of the plants are grown in the soil of the land itself, but rather are grown in containers which sit on top of the ground. Typically, the soil in the containers is purchased from outside sources; it is not derived from the property. In fact, **Petitioner concedes that the growth of the plants does not in any way depend on the location of the greenhouses on that particular piece of property**. All the factors which typically affect the productivity of agricultural land, including temperature, humidity, and soil quality, are completely regulated and controlled in the greenhouse environment."\Welby Gardens v. Adams County Bd of Equalization."

Thanks for referring as it remains unexplainable as to how my taxes could increase by 26% in a single year.

Kirk McDonald
[Quoted text hidden]

---

**Katherine Fontana** <kfontana@co.jefferson.co.us>                                   Thu, Mar 17, 2022 at 3:38 PM
To: "kirkmcdonald56@gmail.com" <kirkmcdonald56@gmail.com>
Cc: Laura Burtschi <lburtsch@co.jefferson.co.us>

Hello Kirk,

Re: Sch #300087144 – 14309 Elk Mountain Trail

In response to the question of why the property value increased between from 2020 to 2021, here is how the property was valued.  As you probably know, residential properties increased in value significantly between June 30, 2018 (2019/2020 value) and June 30, 2020 (2021 value).  The increase in value and combined with the increase in mill levy resulted in the increase in your tax bill.

In 2019, residential land similar to your property was valued at $28,000 per acre; in 2021, the value increased to $36,946 per acre.

There are adjustments for certain characteristics, so this property in 2019 was valued at $20,554.80 per acre; in 2021, the value increased to $25,766.14 per acre.  The increase in value over the 2-year period was 25-percent, or 12.5-percent per year, which is in line with increasing values in general for residential properties over this time frame.

There was also an increase in Mill Levy, which fluctuates year-to-year and is determined by taxing districts, not the Assessor's office.  Although the Assessor's office handles the valuation of properties, not the taxing of properties, which is handled by the Treasurer's office, here is the calculation of the tax bill for years 2019, 2020, and 2021.

2019 (payable 2020) Actual Value = $102,774 x 0.29 x 0.087543 = $2,609

2020 (payable 2021) Actual Value = $102,774 x 0.29 x 0.088838 = $2,648

2021 (payable 2022) Actual Value = $128,831 x 0.29 x 0.089073 = $3,328

Please feel free to email me or call me directly at 303-271-8677, if you have more questions or would like further clarification.

Kind Regards,

**Katherine (Keiko) E. Fontana**

Commercial and Land Appraisal Manager

**Jefferson County**

100 Jefferson County Parkway

Golden, CO  80419

**o** 303.271.8677

c 720-939-7206

kfontana@jeffco.us



Find us on the web: **www.jeffco.us**

**Facebook** | **Twitter** | **Instagram**

**Beginning June 1, 2020 Jefferson County offices have transitioned to a 4-day work week and will be open Monday - Thursday. Closed on Friday.**

[Quoted text hidden]

---

**Kirk Mcdonald** <kirkmcdonald56@gmail.com>                                                              Thu, Mar 17, 2022 at 3:55 PM
To: Katherine Fontana <kfontana@co.jefferson.co.us>

Kathrine,

Thanks for your explanation; but!!!!!

So as you state, 19 taxes were $2609; 20 taxes were$ 2648; the increase between the 19-20 tax year was about .02 percent. This years tax of  does not reflect that same percentage of increase but instead reflects a 26% increase from 26 to 33 this is almost a 1/3 increase in taxes; My property did not increase 1/3 in value??????? If it did I would not argue.

Kirk

[Quoted text hidden]

---

**Katherine Fontana** <kfontana@co.jefferson.co.us>                                                       Thu, Mar 17, 2022 at 4:20 PM
To: "kirkmcdonald56@gmail.com" <kirkmcdonald56@gmail.com>

Hello Kirk,

I just left you a voice mail as it may be easier to explain this over the phone.

In Colorado, properties are re-appraised every two years, so the value of the property remains the same for 2019 and 2020, in most cases.  So the difference in tax dollars between 2019 and 2020 reflects on a difference in mill levy only. However, properties were re-appraised, showing the increase in value over the 2-year period, which was reflected in the value in 2021.

This schedule may be helpful:

Date of valuation: June 30, 2018

Year 2019, payable 2020 – based on *value as of June 30, 2018*

Year 2020, payable 2021 – based on *value as of June 30, 2018* (so value stays the same, only the mill levy increased)

Date of valuation for re-appraisal: June 30, 2020

Year 2021, payable 2022 – based on *value as of June 30, 2020*  (so this increase is over a two-year period: 2018 vs 2020)

Kind Regards,

**Katherine (Keiko) E. Fontana**

Commercial and Land Appraisal Manager

**Jefferson County**

100 Jefferson County Parkway

Golden, CO  80419

**o** 303.271.8677

**c** 720-939-7206

kfontana@jeffco.us



Find us on the web: **www.jeffco.us**

**Facebook  |  Twitter  |  Instagram**

**Beginning June 1, 2020 Jefferson County offices have transitioned to a 4-day work week and  will be open Monday - Thursday.  Closed on Friday.**

[Quoted text hidden]

**Kirk Mcdonald** <kirkmcdonald56@gmail.com>                                      Mon, Mar 21, 2022 at 12:48 PM

To: Katherine Fontana <kfontana@co.jefferson.co.us>

HI Keiko,

Kirk McDonald here from the Vine Ranch Farm. Well I received an email from Laura she cites the follow court decision for reason of my denial:

<u>Welby Gardens v. Adams County Bd. of Equalization</u>, 71 P.3d 992 (2003). In the Welby Gardens decision, Welby concede that their grow operation does not in any way depend on the location of the greenhouses or on that particular piece of property. All the factors which typically affect the productivity of agricultural land, including temperature, humidity, and soil quality. Welby also admitted they do not rely on the soil from the land itself for their grow operation. This old decision also does not take in to account the water saving strategy which is currently favored for grow operations by the Colorado Department of Agricultural; Colorado is among the western states that are in a current one hundred (100) year water drought.

In contrast. The Vine Ranch Farm uses surrounding soil for its grow operation. Second, in contrast the location of the property utilizes the productivity of the land because of the southern exposure and elevation of the property. Third, in contrast, the greenhouses on the property are underground greenhouses referred to as Walipini. Walipini's are underground greenhouses, they are underground because six feet underground the ground is a constant 50 degrees utilizing the productivity of the land to effectively enhance plant growth. Fourth, in contrast, not only are plants grown in the greenhouses but they also are planted in the soil of the subject farm land. Fifth, Jeffco as a part of their fraud scheme allows only a single harvest from the land financially harming the subject farm. Multiple harvests are achieved by transferring plants on the Vine Ranch Farm from uncontrolled greenhouses to controlled underground greenhouses to outside planting. Although, this process has been explained and tours have been conducted of the subject farm for Jeffco they refuse to grant agricultural tax states the Vine Ranch Farm.

In addition, another local fungi farm just a few miles from me is granted agricultural status. As you well know, mushrooms are grown on raised beds in the dark in greenhouses?
I have an additional dozen farm/ranch that do not either farm or ranch but are granted agricultural tax status just miles from my real farm location.

It seems the tax status of my farm is arbitrary and capricious and not equal protections under tax law.

Kirk
[Quoted text hidden]