# Tram Vo

| | |
|---|---|
| **From:** | Tram Vo |
| **Sent:** | Tuesday, April 26, 2022 11:56 AM |
| **To:** | frontdesk@Judicial.state.co.us |
| **Subject:** | 22-cv-00389-GPG - Remand Order |
| **Attachments:** | 22cv389-GPG-Certified Copy of Remand Order 1.pdf |

Greetings,

The above captioned case has been ordered remanded to your district pursuant to an order of the Court.

Attached is a certified copy of the Order remanding this case.

The Parties are directed to file all future pleadings with the Jefferson County Court.

Thank you,

*Tram Vo*
*Case Administration Specialist*
*United States District Court*
*District of Colorado*
*303-335-2100*
*Tram_vo@cod.uscourts.gov*

1