APPEAL,JD1,NP ProSe,PS1,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:22–cv–00389–LTB

| | |
|---|---|
| Board of County Commissioners of the County of Jefferson, State of Colorado, The v. McDonald | Date Filed: 02/10/2022 |
| Assigned to: Judge Lewis T. Babcock | Date Terminated: 04/25/2022 |
| Demand: $1,000 | Jury Demand: None |
| Cause: 28:1367 – Other Property Damage | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Board of County Commissioners of the County of Jefferson, State of Colorado, The**
*a body politic and corporate*

represented by **Jason William Soronson**
Jefferson County Attorney's Office
100 Jefferson County Parkway
Suite 5500
Golden, CO 80419
303–271–8900
Fax: 303–271–8901
Email: jsoronso@jeffco.us
*ATTORNEY TO BE NOTICED*

**Parker James Smith**
Jefferson County Attorney's Office
100 Jefferson County Parkway
Suite 5500
Golden, CO 80419
303–271–8925
Email: psmith@jeffco.us
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Reed McDonald**

represented by **Reed McDonald**
5856 South Lowell Boulevard
UPS/Ste 163
Littleton, CO 80123
720–589–3160
PRO SE

**Cross Claimant**

**Reed McDonald**

represented by **Reed McDonald**
(See above for address)
PRO SE

V.

**Cross Defendant**

**Jermery Cohen**
*in his capacity as Supervisor for Jefferson County, Colorado, Planning and Zoning*

**Cross Defendant**

**Jermery (I) Cohen**
*in his individual capacity*

**Cross Defendant**

**Aly Dressler**
*in his capacity as employee for Jefferson County, Colorado Public Health*

**Cross Defendant**

**Aly (I) Dressler**
*in her individual capacity; and John/Jane doe who have file false public complaints against the Colorado farm knowns as the Vine Ranch Farm*

**Cross Defendant**

| | |
|---|---|
| **Jefferson County, Colorado**<br>*a quasimunicipal corporation and political subdivision of the State of Colorado* | represented by **Jason William Soronson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Parker James Smith**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | |
|---|---|
| **Jefferson County, Colorado/Board of County Commissioners**<br>*in their official capacity* | represented by **Jason William Soronson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Parker James Smith**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | |
|---|---|
| **Jefferson County, Colorado/Board of County Commissioners (I)**<br>*in their individual capacity* | represented by **Jason William Soronson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Parker James Smith**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

**Madison Pitts**
*in his capacity as employee for Jefferson County, Colorado Public Health*

**Cross Defendant**

**Madison (I) Pitts**
*in his individual capacity*

**Cross Defendant**

**Amy Reistroffer**
*in her capacity as employee for Jefferson County, Colorado Planning and Zoning*

**Cross Defendant**

**Amy (I) Reistroffer**
*in her individual capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 05/11/2022 | 29 | NOTICE OF APPEAL as to 26 Order Granting Motion to Remand by Defendant Reed McDonald. (trvo, ) (Entered: 05/12/2022) |
| 04/25/2022 | 28 | Civil Case Terminated pursuant to the Order Granting Motion to Remand 26 filed in this case on 4/25/2022. Text Only Entry. (trvo, ) (Entered: 04/26/2022) |
| 04/25/2022 | 27 | CERTIFICATE of Service by E–Mail by Clerk of Court re 26 Order Granting Motion to Remand to the Jefferson County Court at frontdesk@Judicial.state.co.us. (trvo, ) (Entered: 04/26/2022) |
| 04/25/2022 | 26 | ORDER GRANTING MOTION TO REMAND. The Motion to Remand (ECF No. 15) is GRANTED and this action is remanded to the County Court in Jefferson County, Colorado. Plaintiff is entitled to reasonable attorneys' fees and costs incurred as a result of removal of this action under 28 U.S.C. § 1447(c). Plaintiff may file a separate motion for attorneys' fees and Costs within 30 days of entry of this Order in accordance with Fed. R. Civ. P. 54. All other pending motions are DENIED as moot. By Judge Lewis T. Babcock on 4/25/2022.(trvo, ) (Entered: 04/26/2022) |
| 04/25/2022 | 25 | REPLY in Support of 18 Motion for Mandamus filed by Defendant Reed McDonald. (trvo, ) (Entered: 04/26/2022) |
| 04/18/2022 | 24 | RESPONSE to 19 (SIC) PLAINTIFF'S Motion to Dismiss Defendant's Cross Complaint filed by Defendant Reed McDonald. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(trvo, ) (Entered: 04/19/2022) |
| 04/12/2022 | 23 | REPLY to Response to 15 MOTION to Remand filed by Plaintiff Board of County Commissioners of the County of Jefferson, State of Colorado, The, Cross Defendants Jefferson County, Colorado, Jefferson County, Colorado/Board of County Commissioners, Jefferson County, Colorado/Board of County Commissioners (I). (Smith, Parker) (Entered: 04/12/2022) |
| 04/05/2022 | 22 | RESPONSE to 18 MOTION for Order to, 17 MOTION for Order to filed by Plaintiff Board of County Commissioners of the County of Jefferson, State of Colorado, The, Cross Defendants Jefferson County, Colorado, Jefferson County, Colorado/Board of County Commissioners, Jefferson County, Colorado/Board of County Commissioners (I). (Smith, Parker) (Entered: 04/05/2022) |
| 03/29/2022 | 21 | RESPONSE to 15 Plaintiff's Motion for Remand; Defendants Motion to the Court Pursuant Federal Rules of Civil Procedure Rule 201 filed by Defendant Reed McDonald. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(trvo, ) (Entered: 03/29/2022) |
| 03/23/2022 | 20 | NOTICE of Entry of Appearance by Parker James Smith on behalf of Board of County Commissioners of the County of Jefferson, State of Colorado, The, Jefferson County, Colorado, Jefferson County, Colorado/Board of County Commissioners, Jefferson County, Colorado/Board of County Commissioners (I)Attorney Parker James Smith added to party Board of County Commissioners of the County of Jefferson, State of Colorado, The(pty:pla), Attorney Parker James Smith added to party Jefferson County, Colorado(pty:crd), Attorney Parker James Smith added to party Jefferson County, Colorado/Board of County Commissioners(pty:crd), Attorney Parker James Smith added to party Jefferson County, Colorado/Board of County Commissioners (I)(pty:crd) (Smith, Parker) (Entered: 03/23/2022) |
| 03/23/2022 | 19 | MOTION to Dismiss *Defendant's Verified Cross–Complaint [ECF No. 13]* by Plaintiff Board of County Commissioners of the County of Jefferson, State of Colorado, The, Cross Defendants Jefferson County, Colorado, Jefferson County, Colorado/Board of County Commissioners, Jefferson County, Colorado/Board of County Commissioners (I). (Soronson, Jason) (Entered: 03/23/2022) |
| 03/16/2022 | 18 | MOTION for Writ of Mandamus by Defendant Reed McDonald. (trvo, ) (Entered: 03/17/2022) |
| 03/15/2022 | 17 | MOTION for Writ of Mandamus by Defendant Reed McDonald. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 15, # 15 Exhibit 16)(trvo, ) (Entered: 03/16/2022) |

| | | |
|---|---|---|
| 03/15/2022 | 16 | MEMORANDUM TO THE COURT by Defendant/Cross Claimant Reed McDonald (trvo, ) (Entered: 03/16/2022) |
| 03/07/2022 | 15 | MOTION to Remand by Plaintiff Board of County Commissioners of the County of Jefferson, State of Colorado, The. (Soronson, Jason) (Entered: 03/07/2022) |
| 03/03/2022 | 14 | DEFENDANT'S VERIFIED CROSS–COMPLAINT against Jermery Cohen, Jermery (I) Cohen, Aly Dressler, Aly (I) Dressler, Jefferson County, Colorado, Jefferson County, Colorado/Board of County Commissioners, Jefferson County, Colorado/Board of County Commissioners (I), Madison Pitts, Madison (I) Pitts, Amy Reistroffer, Amy (I) Reistroffer, filed by Reed McDonald. (Attachments: # 1 Note)(trvo, ) (Entered: 03/04/2022) |
| 03/02/2022 | 13 | DEFENDANT'S VERIFIED CROSS–COMPLAINT against Jefferson County, Colorado/Board of County Commissioners, Jefferson County, Colorado/Board of County Commissioners (I), Jefferson County, Colorado, Jermery Cohen, Jermery (I) Cohen, Amy Reistroffer, Amy (I) Reistroffer, Madison Pitts, Madison (I) Pitts, Aly Dressler, Aly (I) Dressler, filed by Reed McDonald. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(trvo, ) (Entered: 03/03/2022) |
| 02/23/2022 | 12 | NOTICE OF REMOVAL Pursuant to 28 U.S.C. §1331; §1367; §1441 and §1446, filed by Reed McDonald.(trvo, ) (Entered: 02/24/2022) |
| 02/23/2022 | 11 | Application to Proceed in District Court Without Prepaying Fees or Costs by Defendant Reed McDonald. (trvo, ) (Entered: 02/24/2022) |
| 02/17/2022 | 10 | Update and Notice by Defendant Reed McDonald (Attachments: # 1 Exhibit)(sdunb, ) (Entered: 02/17/2022) |
| 02/16/2022 | 9 | MINUTE ORDER. Defendant's Motion for Writ of Prohibition (ECF No. 8 ) is STRICKEN, as Defendant has failed to comply with D.C.COLO.LCivR 5.1(a). By Magistrate Judge Gordon P. Gallagher on 2/16/2022.(trvo, ) (Entered: 02/16/2022) |
| 02/14/2022 | 8 | **STRICKEN** MOTION for Writ of Prohibition by Defendant Reed McDonald. (Attachments: # 1 Addendum)(trvo, ) Modified on 2/16/2022 to strike pursuant to 9 Order (trvo, ). (Entered: 02/15/2022) |
| 02/14/2022 | 7 | NOTICE of Entry of Appearance by Jason William Soronson on behalf of Board of County Commissioners of the County of Jefferson, State of Colorado, TheAttorney Jason William Soronson added to party Board of County Commissioners of the County of Jefferson, State of Colorado, The(pty:pla) (Soronson, Jason) (Entered: 02/14/2022) |
| 02/14/2022 | 6 | ORDER TO CURE DEFICIENCIES. It is ORDERED that Litigant Reed McDonald must cure the deficiencies designated within thirty (30) days from the date of this order. It is FURTHER ORDERED that, if Litigant Reed McDonald fails to cure the designated deficiencies within thirty (30) days from the date of this order, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2 ) is DENIED WITHOUT PREJUDICE as on the incorrect form. By Magistrate Judge Gordon P. Gallagher on 2/14/2022. (trvo, ) (Entered: 02/14/2022) |
| 02/10/2022 | 5 | Verified COMPLAINT Under Simplified Civil Procedure against Kirk McDonald, filed by Board of County Commissioners of the County of Jefferson, State of Colorado, The.(jsalz, ) (Entered: 02/11/2022) |
| 02/10/2022 | 4 | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry. (jsalz, ) (Entered: 02/11/2022) |
| 02/10/2022 | 3 | FIRST AND FINAL NOTICE TO ALL ATTORNEY(S) AND UNREPRESENTED PARTIES IN REMOVED, TRANSFERRED, OR OTHER CASES. To receive any further notice in a case removed or transferred to this court, or special matters including discovery disputes, bankruptcy appeals, or withdrawals of reference, Multi–district litigation (MDL), etc., all attorneys and unrepresented parties must enter an appearance under D.C.COLO.LAttyR 5(a). An attorney must be an active member of this court's bar and be in good standing in accordance with D.C.COLO.LAttyR 3. A |

|  |  | waiver of the fee for bar admission may apply in limited situations. (Text Only Entry) (jsalz, ) (Entered: 02/11/2022) |
|---|---|---|
| 02/10/2022 | 2 | Application to Proceed in District Court Without Prepaying Fees or Costs. by Defendant Kirk McDonald. (jsalz, ) (Entered: 02/11/2022) |
| 02/10/2022 | 1 | NOTICE OF REMOVAL Pursuant to 28 U.S.C. 1331; 1367; 1441 and 1446, filed by Kirk McDonald. (Attachments: # 1 Notice of Removal of State Case, # 2 Summons and Complaint, # 3 Building Permit Greenhouses)(jsalz, ) (Entered: 02/11/2022) |