**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-389-GPG

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO;

Plaintiff,

v.

KIRK MCDONALD;

Defendant.

## PLAINTIFF'S MOTION FOR ATTORNEY FEES

Plaintiff Board of County Commissioners of the County of Jefferson, State of Colorado (the "County"), by and through counsel, hereby submits its Motion for Attorney Fees and in support thereof, states as follows:

### D.C.COLO.LCIvR 7.1 Certification

The undersigned conferred with Defendant on May 25, 2022 who indicated his opposition to the relief requested herein.

### BACKGROUND

The County filed a civil action against Defendant Reed Kirk McDonald ("Mr. McDonald") in Jefferson County Court alleging that he is in violation of the Jefferson County Zoning Resolution for various activities and uses occurring on his property. Although the County alleged only a single state statutory cause of action pursuant C.R.S. § 30-28-124.5, Mr. McDonald removed the County Court action to federal court. Because the County's original County Court

complaint did not state a claim under federal law, the Court found that it did not have subject matter jurisdiction and remanded the case to County Court. In its Order Granting Motion to Remand [ECF No. 26], the Court also ordered that the County is entitled to reasonable attorneys' fees and costs incurred as the result of removal of the County Court action.

## ARGUMENT

D.C.COLO.LCivR 54.3 permits recovery of attorneys' fees where the motion is supported by Affidavit and includes: "(1) a summary of relevant qualifications and experience; and (2) a detailed description of the services rendered, the amount of time spent, the hourly rate charged, and the total amount claimed." *See also* FED. R. CIV. P. 54(d)(2) (explaining a claim for attorneys' fees and non-taxable expenses must be made by motion). A billing statement and the Declaration of attorney Jason Soronson are attached as Exhibits A and B respectively and are incorporated by reference herein.

WHEREFORE, the County respectfully requests an Order awarding attorneys' fees in the amount of $11,587.50 for fees that were incurred as a result of Defendant's improper removal of this action. The County reserves the right to amend this request in the event additional fees are incurred and necessitated by Plaintiff's continued filings, reserves the right to re-file as necessary or requested by the Court at any point in time, and also requests such further relief as this Court deems just and proper.

Dated: May 25, 2022.                    JEFFERSON COUNTY ATTORNEY'S OFFICE

By: */s/ Jason W. Soronson*
Jason Soronson, #50078
Assistant County Attorney
Parker Smith, #48937
Assistant County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
Telephone: 303.271.8932
Facsimile: 303.271.8901
jsoronso@jeffco.us
psmith@jeffco.us
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, I filed the foregoing PLAINTIFF'S MOTION FOR ATTORNEY FEES via CM/ECF and served a true and correct copy via U.S. Mail, postage prepaid, upon the following:

Kirk McDonald
5856 South Lowell Boulevard
UPS/Suite 163
Littleton, CO 80123
*Defendant, pro se*


                    */s/ Briana McCarten*

3