

**LEGAL SERVICES REGARDING:** Board of County Commissioners of the County of Jefferson, State of Colorado
v.
Kirk McDonald
**Case Number:** 22-cv-387-GPG

| Date | Description | Staff | Hours | Rate | Total |
|---|---|---|---|---|---|
| 2/14/2022 | Case management; review writ of prohibition; draft motion to remand | Jason | 0.75 | $ 225.00 | $ 168.75 |
| 2/15/2022 | Case management; review correspondence from defendant; review motion for writ of prohibition and addendum; review order to cure deficiencies; research on motion to remand and request for attorneys' fees; discuss with E Butler | Jason | 1 | $ 225.00 | $ 225.00 |
| 2/16/2022 | Review order on writ | Jason | 0.25 | $ 225.00 | $ 56.25 |
| 2/22/2022 | Correspondence regarding status of violation case and update to P&Z | Jason | 0.25 | $ 225.00 | $ 56.25 |
| 2/28/2022 | Review amended notice of removal | Jason | 0.25 | $ 225.00 | $ 56.25 |
| 3/1/2022 | Draft motion to remand | Jason | 0.5 | $ 225.00 | $ 112.50 |
| 3/2/2022 | Review cross-complaint and attachments; discuss with E Butler; research and draft motion to remand | Jason | 1.75 | $ 225.00 | $ 393.75 |
| 3/3/2022 | Research and draft motion to remand | Jason | 0.5 | $ 225.00 | $ 112.50 |
| 3/6/2022 | Research and draft motion to remand | Jason | 1.75 | $ 225.00 | $ 393.75 |
| 3/7/2022 | Correspondence with defendant re proposed motions and service issues; internal correspondence re scheduling and service issues | Jason | 0.75 | $ 225.00 | $ 168.75 |
| 3/7/2022 | Finalize motion to remand; conferral with defendant regarding motion | Jason | 0.75 | $ 225.00 | $ 168.75 |
| 3/7/2022 | Research re responding to cross claim pending remand | Parker | 1.25 | $ 225.00 | $ 281.25 |
| 3/8/2022 | Case management; internal correspondence regarding waivers and timing issues; correspondence with defendant regarding summons | Jason | 0.5 | $ 225.00 | $ 112.50 |
| 3/8/2022 | Review motion to dismiss in underlying matter | Parker | 0.75 | $ 225.00 | $ 168.75 |
| 3/9/2022 | Draft motion to dismiss | Parker | 2 | $ 225.00 | $ 450.00 |
| 3/10/2022 | Correspondence with defendant re waivers | Jason | 0.25 | $ 225.00 | $ 56.25 |

22-cv-387-GPG
Page 2

| Date | Description | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/10/2022 | Continue drafting motion to dismiss | Parker | 1.75 | $ 225.00 | $ 393.75 |
| 3/14/2022 | Research claim preclusion/res judicata | Parker | 0.75 | $ 225.00 | $ 168.75 |
| 3/14/2022 | Review pleadings in related CORA action | Parker | 0.75 | $ 225.00 | $ 168.75 |
| 3/15/2022 | Review underlying BOE zoning decision | Parker | 0.5 | $ 225.00 | $ 112.50 |
| 3/15/2022 | Research re Rooker-Feldman doctrine | Parker | 1.5 | $ 225.00 | $ 337.50 |
| 3/15/2022 | Further research claim and issue preclusion | Parker | 0.75 | $ 225.00 | $ 168.75 |
| 3/15/2022 | Review defendant's memo to court | Parker | 0.5 | $ 225.00 | $ 112.50 |
| 3/15/2022 | Review and analyze defendant's request for writ | Parker | 1.25 | $ 225.00 | $ 281.25 |
| 3/16/2022 | Review defendant's memorandum and motion for writ; internal discussion with P Smith and E Butler regarding response and case management | Jason | 0.75 | $ 225.00 | $ 168.75 |
| 3/16/2022 | Research re abstention doctrine | Parker | 1 | $ 225.00 | $ 225.00 |
| 3/17/2022 | Drafting motion to dismiss cross-complaint | Jason | 2 | $ 225.00 | $ 450.00 |
| 3/17/2022 | Research/review tax appeal statutes | Parker | 1.25 | $ 225.00 | $ 281.25 |
| 3/17/2022 | Review notes and revise motion to dismiss | Parker | 0.5 | $ 225.00 | $ 112.50 |
| 3/17/2022 | Review brief in related case regarding tax appeal argument | Parker | 0.75 | $ 225.00 | $ 168.75 |
| 3/17/2022 | Research federal equal protection standard in zoning enforcement context | Parker | 1 | $ 225.00 | $ 225.00 |
| 3/21/2022 | Review draft of motion to dismiss | Jason | 0.25 | $ 225.00 | $ 56.25 |
| 3/21/2022 | Revise motion to dismiss | Parker | 0.25 | $ 225.00 | $ 56.25 |
| 3/21/2022 | Review abstention research | Parker | 0.25 | $ 225.00 | $ 56.25 |
| 3/22/2022 | Draft motion to dismiss; review federal case law; discuss same with E Butler | Jason | 1 | $ 225.00 | $ 225.00 |
| 3/22/2022 | Discussions regarding upcoming filings and entry of appearance | Parker | 0.5 | $ 225.00 | $ 112.50 |
| 3/22/2022 | Review and confer regarding redlined motion to dismiss | Parker | 0.5 | $ 225.00 | $ 112.50 |
| 3/22/2022 | Research re procedural defects in defendant's request for writ | Parker | 1 | $ 225.00 | $ 225.00 |
| 3/23/2022 | Finalize motion to dismiss | Jason | 0.25 | $ 225.00 | $ 56.25 |
| 3/29/2022 | Draft response in opposition to motion for writ of mandamus | Parker | 3.25 | $ 225.00 | $ 731.25 |

**Exhibit A**
**Mot Atty Fees**

| Date | Description | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/30/2022 | Review response brief opposing motion to remand and exhibits | Parker | 0.75 | $ 225.00 | $ 168.75 |
| 3/30/2022 | Review and analyze defendant's memo requesting hearing | Parker | 0.5 | $ 225.00 | $ 112.50 |
| 3/30/2022 | Draft response to motion for writ | Parker | 2.5 | $ 225.00 | $ 562.50 |
| 3/31/2022 | Begin drafting reply in support of motion to remand | Parker | 1.5 | $ 225.00 | $ 337.50 |
| 3/31/2022 | Review motion to remand | Parker | 0.25 | $ 225.00 | $ 56.25 |
| 3/31/2022 | Research re removal jurisdiction | Parker | 0.75 | $ 225.00 | $ 168.75 |
| 3/31/2022 | Research re judicial authority to remand | Parker | 1 | $ 225.00 | $ 225.00 |
| 4/4/2022 | Review response to motion to remand; discuss reply with P Smith and E Butler | Jason | 0.25 | $ 225.00 | $ 56.25 |
| 4/4/2022 | Research/review FRCP 81b | Parker | 0.5 | $ 225.00 | $ 112.50 |
| 4/11/2022 | Revise reply brief in support of remand | Parker | 1 | $ 225.00 | $ 225.00 |
| 4/12/2022 | Discuss case status with J Cohen | Jason | 0.25 | $ 225.00 | $ 56.25 |
| 4/12/2022 | Revise and have reply brief filed | Parker | 0.25 | $ 225.00 | $ 56.25 |
| 4/19/2022 | Draft reply in support of motion to dismiss | Parker | 2.5 | $ 225.00 | $ 562.50 |
| 4/20/2022 | Continue drafting reply in support of dismissal | Parker | 3 | $ 225.00 | $ 675.00 |
| 4/25/2022 | Review reply to motion for writ of mandamus | Jason | 0.25 | $ 225.00 | $ 56.25 |
| 4/26/2022 | Review order re motion to remand; correspondence re same with E Butler and B McCarten | Jason | 0.25 | $ 225.00 | $ 56.25 |
| 4/27/2022 | Correspondence with P Smith and E Butler regarding outstanding procedural issues; research same | Jason | 0.5 | $ 225.00 | $ 112.50 |
| | **Total** | | **83.25** | | **$ 11,587.50** |