IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-389-GPG

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, STATE OF COLORADO;

Plaintiff,

v.

KIRK MCDONALD;

Defendant.

DECLARATION OF JASON SORONSON IN SUPPORT OF
PLAINTIFF'S MOTION FOR ATTORNEY FEES

I, Jason Soronson, state and declare as follows:

1. As Plaintiff's counsel for the duration of the above-captioned lawsuit, I am personally familiar with the legal work performed in this case by myself and Assistant County Attorney Parker Smith.

2. I am an attorney licensed to practice law in the State of Colorado and the United States District Court for the District of Colorado. I have been issued attorney registration number 50078 and have been practicing law for five years. I have knowledge regarding the reasonableness of attorneys' fees in the State of Colorado.

3. Parker Smith is an attorney licensed to practice law in the State of Colorado and the United States District Court for the District of Colorado. He has been issued attorney registration number 48937 and has been practicing law for six years.

4. After thorough analysis of the documentation regarding attorneys' fees incurred in this matter, I find the fees identified in this Declaration are reasonable and necessary to have this case remanded to County Court after Defendant improperly removed this case without alleging a federal cause of action.

5. A determination of reasonable attorneys' fees is based on the calculation of the "lodestar" amount. *Payan v. Nash Finch Co.,* 310 P.3d 212, 216-17 (Colo. App. 2012). This amount represents the number of hours reasonably expended multiplied by a reasonable hourly

**Exhibit B**
**Mot Atty Fees**

rate and carries with it a strong presumption of reasonableness. *Id.* In awarding attorneys' fees, a trial court may consider factors including, among other things, the time required to effectively represent the client, the amount in controversy, the complexity of the case, the value of legal services to the client, and the customary practice in the legal community regarding fees in similar cases. *Fang v. Showa Entetsu Co., Ltd.,* 91 P.3d 419, 424 (Colo. App. 2003).

6. The County incurred attorneys' fees with the Jefferson County Attorney's Office ("JCAO") and is entitled to a fee award of $11,587.50 pursuant to this Court's Order Granting Motion to Remand. My time for this case is currently billed by the JCAO at the rate of $225.00 per hour for a total of $3,375.00. Time incurred for Parker Smith has been billed at the rate of $225.00 per hour for a total of $8,212.50. *See* Billing Records, attached as Exhibit A to the Motion for Award of Attorney Fees.

7. Based upon my knowledge, training, and experience, I am familiar with the reasonable and customary hourly rates charged and assert that the time spent and rates charged in connection with this case were reasonable, appropriate, and necessary.

8. The rates charged by the JCAO for attorney time are reasonable and are comparable to rates charged by other attorneys in the State of Colorado for this type of case. *See* Colorado Bar Association 2017 Economic Survey (the "CBA Survey'") attached hereto as Exhibit B-1.[1]

9. The County reserves the right to request additional fees and costs as may be necessitated by additional filings by Defendant.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 25, 2022.

*/s/ Jason W. Soronson*
Jason W. Soronson, #50078
Assistant County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
jsoronso@jeffco.us

---

[1] Because the Jefferson County Attorney's Office does not bill for paralegal rates, the assigned rate for counsel includes compensation for paralegal and support staff time. Additionally, while the median billable rate for city/county attorneys is one metric for determining reasonableness of fees, a better comparison includes contemplation of similar rates based on geographic location, years in practice, and size of firm. *See* CBA Survey at 35 (documenting a median rate $275/hour for the geographic location of Jefferson County and for firms of 20-49 attorneys, as well as a median rate of $225/hour for attorneys with 5-9 years of experience). Similarly, attorneys primarily engaged in civil litigation report a median rate of $225/hour. *See* CBA Survey at 36.

2

Case No. 1:22-cv-00389-LTB   Document 32-2   filed 05/25/22   USDC Colorado   pg 3 of 5

# 2017 ECONOMIC SURVEY



CBA
Est. in 1897
Colorado Bar Association

Exhibit B-1
Mot Atty Fees

Case No. 1:22-cv-00389-LTB   Document 32-2   filed 05/25/22   USDC Colorado   pg 4 of 5

*Colorado Bar Association*

**2017 Economics of Law Practice Survey**

## FINDINGS: Billing Practices

The most common hourly billing rate among those who worked full time and billed at least some of their work via hourly rates in 2016 (a majority of whom were private practitioners) was $254, on average.

As would be expected, billing rates vary by position/affiliation.

### Most Common Hourly Billing Rate

*What was your most common hourly billing rate in 2016 for your primary position?*

base: 801 respondents who were licensed to practice law in Colorado in 2016 and worked full time (30+ hours/week) in their primary position and billed at least some of their work via an hourly rate; those in each segment (fill-in answers)



mean: $254
median: $250

| no answer | <$100 | $100-$149 | $150-$199 | $200-$249 | $250-$299 | $300-$349 | $350-$399 | $400+ |
|---|---|---|---|---|---|---|---|---|
| 2% | 7% | 4% | 13% | 21% | 25% | 13% | 8% | 8% |

**BY POSITION/AFFILIATION**

| | n | mean ($) | 25th | 50th (median) | 75th |
|---|---|---|---|---|---|
| **ALL RESPONDENTS** | 785 | 254 | 200 | **250** | 300 |
| **PRIVATE PRACTITIONERS** | 729 | 260 | 200 | **250** | 300 |
| Solo Practitioner | 223 | 243 | 200 | **250** | 295 |
| Partner | 249 | 310 | 238 | **295** | 350 |
| Associate | 206 | 226 | 175 | **205** | 275 |
| In-House Counsel: For Profit | 6 | 155 | 70 | **175** | 213 |
| Of Counsel | 30 | 304 | 229 | **300** | 360 |
| Contract Attorney | 15 | 114 | 30 | **75** | 225 |
| **PUBLIC PRACTITIONERS** | 29 | 91 | 50 | **95** | 100 |
| Judge/Magistrate/ALJ | 1 | - | - | **-** | - |
| City/County Government | 6 | 74 | 46 | **55** | 111 |
| State Government | 17 | 87 | 83 | **98** | 100 |
| Federal Government | 1 | - | - | **-** | - |
| In-House Counsel: Non-Profit | 3 | - | - | **-** | - |
| Counsel With Legal Aid/Legal Services Agency | 1 | - | - | **-** | - |
| **OTHER** | | | | | |
| Arbitrator/Mediator | 3 | - | - | **-** | - |
| Academic | 1 | - | - | **-** | - |

*ReadexResearch*
*Experienced. Trusted. Insightful.*

34

**Exhibit B-1**
**Mot Atty Fees**

*Colorado Bar Association*

**2017 Economics of Law Practice Survey**

# FINDINGS: Billing Practices

Similar to the relationships found between income and key variables, billing rates correlate positively with experience (number of years practicing law). They vary by the size of the firm/organization (number of attorneys) and by geographic location, and males reported a higher median value than females.

## Most Common Hourly Billing Rate by Segments

base (n): respondents in each segment who were licensed to practice law in Colorado in 2016, worked full time (30+ hours/week) in their primary position, and who billed at least some of their work via an hourly rate answering (fill-in answers)

|  | n | mean ($) | 25th | 50th (median) | 75th |
|---|---|---|---|---|---|
| **# OF YEARS PRACTICING LAW** | | | | | |
| 40+ | 78 | 324 | 250 | **300** | 375 |
| 30 - 39 | 146 | 292 | 225 | **275** | 350 |
| 20 - 29 | 118 | 274 | 200 | **275** | 326 |
| 10 - 19 | 179 | 244 | 200 | **250** | 300 |
| 5 - 9 | 122 | 225 | 184 | **225** | 275 |
| 3 - 4 | 77 | 203 | 168 | **200** | 225 |
| 1 - 2 | 40 | 192 | 154 | **193** | 244 |
| <1 | 21 | 162 | 88 | **185** | 200 |
| **# OF ATTORNEYS AT FIRM/ORGANIZATION** | | | | | |
| 250+ | 36 | 328 | 100 | **288** | 475 |
| 100 - 249 | 23 | 288 | 102 | **300** | 385 |
| 50 - 99 | 15 | 276 | 200 | **250** | 325 |
| 20 - 49 | 57 | 279 | 200 | **275** | 350 |
| 10 - 19 | 87 | 246 | 185 | **225** | 295 |
| 5 - 9 | 119 | 260 | 200 | **250** | 325 |
| 2 - 4 | 189 | 245 | 200 | **250** | 298 |
| 1 | 212 | 237 | 200 | **250** | 299 |
| **GEOGRAPHIC LOCATION** | | | | | |
| Adams | 9 | 190 | 75 | **225** | 270 |
| Arapahoe | 81 | 251 | 183 | **250** | 318 |
| Boulder | 82 | 254 | 194 | **253** | 300 |
| Broomfield | 7 | 321 | 225 | **250** | 300 |
| Denver | 308 | 257 | 185 | **250** | 315 |
| Douglas | 34 | 260 | 211 | **250** | 296 |
| Eagle | 6 | 267 | 215 | **270** | 300 |
| El Paso | 43 | 269 | 220 | **250** | 300 |
| Elbert | 0 | - | - | **-** | - |
| Jefferson | 52 | 263 | 221 | **275** | 304 |
| Larimer | 43 | 235 | 200 | **225** | 275 |
| Mesa | 24 | 228 | 200 | **225** | 265 |
| Pitkin | 7 | 303 | 250 | **285** | 375 |
| Pueblo | 3 | - | - | **-** | - |
| Weld | 10 | 179 | 94 | **193** | 246 |
| all others east of the Continental Divide* | 9 | 199 | 160 | **200** | 255 |
| all others west of the Continental Divide* | 32 | 213 | 156 | **225** | 250 |
| **GENDER** | | | | | |
| male | 464 | 271 | 200 | **250** | 300 |
| female | 305 | 225 | 175 | **225** | 275 |

*Refer to Appendix A, Tables 001-003 for data by individual county.

ReadexResearch
Experienced. Trusted. Insightful.

35

**Exhibit B-1
Mot Atty Fees**