UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

June 28, 2022

Mr. Reed K. McDonald
5856 South Lowell Boulevard, Unit 32 Suite 163
Littleton, CO 80123

**RE:** 22-1151, Board of County Commissioners v. McDonald
Dist/Ag docket: 1:22-CV-00389-LTB

Dear Appellant:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:  Eric Thomas Butler
     Jason Soronson

CMW/sds