IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Action No.  22-389

Colorado, Jefferson County
Board of County Commissions

      Plaintiff,

v.

Reed McDonald
(aka) The Vine Ranch Farm

      Defendant

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 30 2022

JEFFREY P. COLWELL
CLERK

---

**NOTICE OF LACK OF SERVICE OF DOCUMENTS**

---

Reed K. McDonald
Pro se Counsel of Record
5856 S. Lowell Blvd.
UPS/Ste 163
Littleton, Colorado 80123
720-589-3160
kirkmcdonald56@gmail.com

1

## STATEMENT OF THE CASE

1. Jefferson County Board of County Commissioners authorized its employees to trespass the Defendant's gated private road over a dozen times. Thereafter, Jeffco's employees conducted a search of the subject farm's office, shed and private and business property without warrant. Jeffco's conduct resulting in numerous violations of the Defendant's civil rights and rights secure under the United States Constitution against unreasonable search; as a matter of SCOTUS precedent, civil rights violations are protected against remand.

## NOTICE TO THE COURT

2. This Court issued an order for attorney fees, this pro se received that order on 12-24-2022. This pro se party was not served these costs and was therefore barred from discussion. Thus, as this Court is aware decisions made by a court without due process are not just voidable, but are void and unenforceable. This is not the first-time counsel for Jefferson County Board of County Commissioners Mr. Sorenson has used such a technique.

3. This is now the third time Jefferson County and the Board of County Commissioners and its Counsel has failed to serve and or has used delayed service to prevent this pro se Defendant from response. The reason COBAR attorneys continue to use this technique is because this Court and other Colorado courts do not enforce unethical conduct of their fellow COBAR members.

4. This Court is also now informed that while it held jurisdiction in this matter, Jefferson County Board of County Commissioners and its COBAR Counsel Mr. Sorenson engaged in motions practice violation of C.R.C.P. 121 §1-15(8) practice to the state-lower court who was

without jurisdiction. Mr. Sorenson and the Jefferson County Board of County Commissioners requesting a default judgment against this Defendant.

5. The state-lower court who was without jurisdiction informed it was without jurisdiction non-the-less without jurisdiction issued a default judgment against this Defendant without a single piece of evidence, testimony, or affidavit; a violation of Colorado law and the Constitution. Its crystal clear, the reason for the Defendant's removal was Jeffco's and the state-courts unconstitutional conduct for denying and violating this Defendant's constitutional rights.

5. The Fourth Amendment bars prosecution of a person who has refused to permit a warrantless code enforcement inspection of his personal residence. *Frank v. Maryland, supra, pro tanto* overruled. 387 U. S. 528-534.

6. The basic purpose of the Fourth Amendment, which is enforceable against the States through the Fourteenth, through its prohibition of "unreasonable" searches and seizures is to safeguard the privacy and security of individuals against arbitrary invasions by governmental officials. 387 U. S. 528.

7. Contrary to the assumption in *Frank v. Maryland,* Fourth Amendment interests are not merely "peripheral" where municipal fire, health, and housing inspection programs are involved whose purpose is to determine the existence of physical conditions not complying with local ordinances, a warrant is required to conduct search. 387 U. S. 528.

8. Warrantless administrative searches cannot be justified on the grounds that they make minimal demands on occupants; 387 U. S. 524, that warrant in such cases are unfeasible; or that area inspection programs could not function under reasonable search warrant requirements. 387 U. S. 531-533.

3

## CONCLUSION

This Court continues to allow Jefferson County Board of County Commissioners to disregard the Constitution wherein violating the Defendant's rights held and secured under the United States Constitution. The state-court believes the federal courts are not courts at all and they can disregard jurisdiction under federal law and the Constitution.

**WHEREFORE** the Defendant requests this Court order Jefferson County Board of County Commissioners, serve the concealed documents to the Defendant pro se by both mail and email backdated.

Second, the Defendants askes this Court to hold sanction hearing against The Jefferson County Board of County Commissioners for their intentional misuse of the justice system refusing to serve opposing counsel court documents.

Third, the Defendant asks this Court to hold hearings regarding Jefferson Counties Board of County Commissioners willful and intentional misuse of the justice system by filling motions to a state-court without jurisdiction for damages against this Defendant while the state court was without jurisdiction.

Respectfully submitted this 28th day of December, 2022, Reed McDonald (aka) The Vine Ranch Farm.

Date 12/28/22   Signature _____

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served upon the following parties on the 28th day of December 2022 via email.

Jason W. Soronson County Attorney Jefferson County Colorado jsoronso@jeffco.us

DENVER CO
28 DEC 2022

Dist of Colorado
901 19th St.
Ste 105A
Denver, CO 80294
clerks office

4309 Elk W Tw Trl Cir
Littleton, Co 80127